

**U.S. Department of Justice**

Executive Office for United States Attorneys

---

Personnel Staff

Suite 7.800, 3CON Building
175 N Street, NE
Washington, DC 20530

(202) 252-5300
FAX (202) 252-5301

June 21, 2018

Ms. Jessica H. Kim
Assistant United States Attorney
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

Dear Ms. Kim:

  You are hereby appointed as a Special Attorney to the United States Attorney General pursuant to 28 U.S.C. § 515. Subject to the terms and conditions set forth below, you are authorized to file informations and to conduct in the Southern District of West Virginia any kind of legal proceedings, civil or criminal, including Grand Jury proceedings and proceedings before United States Magistrates which United States Attorneys are authorized to conduct.

  This appointment is made subject to the following terms and conditions, with which we ask that you express your concurrence by signing this letter and returning it to me in the enclosed envelope:

1. This appointment is effective June 22, 2018, not to exceed June 21, 2019, unless extended;

2. With regard to all matters handled by you as a Special Attorney, you will report to and act under the direction of the United States Attorney General or his delegee, the United States Attorney for the Southern District of Ohio;

3. During and after the term of your appointment, you will be subject to all laws, regulations and policies applicable to employees. These include, but are not limited to, the Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. § 2635 et seq., Federal conflict of interest statutes 18 U.S.C. §§ 207, 208, and 209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905 and the Freedom of Information and Privacy Acts, 5 U.S.C. § 552 and § 522a; and political activity restrictions, 5 U.S.C. § 7321 et seq.;

4. You will serve without compensation other than that which you now receive as an employee of the Department of Justice; and

5. Your appointment may be terminated at any time without cause or notice.

Please execute the enclosed Appointment Affidavit which contains the oath of office and return it to Nicole West, SAUSA Program Assistant, Operations Division within fourteen (14) days. This appointment is effective upon the execution of the required oath of office.

You must file a copy of this letter with the Clerk of the District Court to evidence this appointment.

Sincerely,

Valarie D. Mulcahy
Assistant Director
Human Resources Staff
Operations Division

Enclosure

The foregoing terms and conditions
are hereby agreed to and accepted:

Jessica H. Kim

# APPOINTMENT AFFIDAVITS

__Special Attorney__
(Position to which Appointed)

__6/22/2018__
(Date Appointed)

__DOJ__
(Department or Agency)

__USAO-OHS__
(Bureau or Division)

__Columbus, OH__
(Place of Employment)

I, __Jessica H. Kim__, do solemnly swear (or affirm) that—

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

__Jessica H. Kim__
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this __22__ day of __June__, __2018__

at __Columbus__   __OH__
(City)   (State)

(SEAL)

__[signature]__
(Signature of Officer)

Commission expires __N/A__
(If by a Notary Public, the date of his/her Commission should be shown)

__HR Officer__
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

## STATEMENT OF APPOINTMENT CONDITIONS

I, _Jessica H. Kim_, hereby agree to the following as a condition to my appointment pursuant to 28 U.S.C. section 515 as a Special Attorney for the District of _OHS_ to assist with: _a WVS recusal case_

1. If I require access to restricted information involving a matter other than that to which I have been appointed, I shall request authorization from the United States Attorney.

2. I agree to sign a Grand Jury confidentiality statement, as appropriate.

Signature: _Jessica H. Kim_

Date: _06/22/2018_