## District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 7/16/2018                                                                                    Case Number 5:18-cv-00591
Case Style: Donald Blankenship vs. United States of America
Type of hearing Telephonic Status Conference
Before the honorable: 25BG-Aboulhosn
Court Reporter                                                                                      Courtroom Deputy
Attorney(s) for the Plaintiff or Government Benjamin Hatch; Howard Vick, Jr.; Michael Baudinet; and Henry Jernigan, Jr.

Attorney(s) for the Defendant(s) Douglas Squires; Jessica Kim; and Courter Shimeall

Law Clerk Amy Breeding Musick                                                       Probation Officer

### Trial Time

### Non-Trial Time

### Court Time

3:55 pm    to 4:20 pm
Total Court Time: 0 Hours 25 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Telephonic Status Conference regarding Plaintiff's Motion to Conduct Discovery [ECF No. 681]