## Rock Dust Sample Submission Form

Information about the samples taken must be entered into the Rock Dust Sample Submission form and the form submitted to the lab for analysis.

### Completing the Form

Click on the View/Edit Current Form button to display the input screen. The Rock Dust input screen is divided into categories, dependent upon the type of information that is required. Each category of information has its own tab. Each tab is described below.

### Mine Information Tab

This is the initial Rock Dust input screen that is displayed when the form is opened. Changes can only be made if the form has not yet been submitted.

The Mine Information tab is split into 3 sections. The first section is devoted to mine information. The second section holds comments by the collector (inspector). The third section is the area below the Mine Information and Collector's Comments that indicates when special processing is required. Command buttons are located at the bottom of the screen.



**Figure 14 – Mine Information Tab**

### Mine Information Section

This section includes the area between Spot/Survey and Zero Point. Input fields are described below.

**Spot/Survey:** The inspector must designate whether this is a Spot or Survey sample. The radio button defaults to Survey. Click on the Spot radio button to designate a Spot

13

survey. The field next to the Spot/Survey designation is to be used for a more detailed survey description. The survey description field is not required.

**Mine ID:** Select the Mine ID from the combo box or the Mine Lookup. If the "Survey" radio button is checked, only Mine IDs attached to underground mines are listed in the combo box. The Mine ID can be entered manually. This is a required field.

**Mine:** The Mine Name is automatically entered when the Mine ID is selected. The Mine Name can be changed by highlighting and typing over the displayed name. This is a required field.

**Company:** This is also known as the Operator Name. It is entered automatically when the Mine ID is selected. The Company or Operator Name can be changed by highlighting and typing over the displayed name. This is a required field.

**Event Number:** Select the Event Number from the combo box or Event Lookup. If the "Survey" radio button is checked, only Event Numbers attached to underground mines are listed in the combo box. Once a Mine ID is displayed in the Mine ID combo box, only Event Numbers attached to that Mine ID are listed in the Event Number combo box. If an Event Number attached to another Mine ID is selected from the Event Lookup, the Mine ID, Mine Name, and Operator Name are updated to match the selected Event Number. The Event Number can be entered manually. This is a required field.

**MMU #1:** Enter the 4-digit MMU Number where the sample was taken. Enter only the 4 digits. The field is preformatted and the dash (-) is automatically displayed. Example: 001-0. This is a required field.

**Super-Section:** Check if MMU is a super-section. A super-section references two MMUs with a single common dumping point. This field defaults to No.

**MMU #2:** Enter a second 4-digit MMU Number where the sample was taken. Enter only the 4 digits. The field is preformatted and the dash (-) is automatically displayed. Example: 001-0. Entry allowed only if Super-Section is checked.

**Date Collected:** Enter the date the sample was taken in the format MM/DD/YYYY. The field is preformatted and the slashes (/) are automatically displayed. Example: 12/05/2003. This is a required field.

**MMU Alpha Suffix:** Enter the alpha suffix for the MMU. This field is used to distinguish between multiple forms with the same Mine ID, MMU, and Date Collected. The suffix defaults to "A" but will automatically be changed to the next available suffix based on submitted forms in the archive. This is a required field.

**Sampling Area:** Enter the area in the mine where the sample was taken. Examples are: Mains; South Mains; Panel #5 and #6; Old No. 3 Section. This is a required field.

**Zero Point:** A location tied to something relatively permanent such as a survey spad number, intersection number, or borehole that can easily be referenced from the mine

14

Confidential Agency Document
DLB-001114                                          DOL-OASAM-0090

map. All survey sample locations will be referenced from the zero point. Examples are: Survey Spad #1107, 2 Rt. Panel / 22 crosscut, 3 Left Power Borehole.  This is a required field.

**Collector's Comments Section**

This is the boxed area on the right side of the screen.  Input fields are described below.

**Advancing/Retreating:**  The inspector must designate whether the sample was taken while Advancing or Retreating.  The radio button defaults to Retreating.  Click on the Advancing radio button to designate an Advancing survey.  This is a required field.

**Comments:**  Enter any comments regarding the sample in this space.   Comments are not required.

**Processing Information Section**

The processing information section has only one purpose, to identify special processing requirements.  If checked, lab personnel are alerted that priority processing is requested.

**Special (Process Immediately):**  Check if the sample requires priority processing.   This is not a required field.

**Command Buttons**

The command buttons aid the inspector in completing the Rock Dust Sample Submission form.   They are described below.



**Figure 15 – Mine Information Tab Command Buttons**

**Validate:**  Click the Validate button to identify any fields that still need to be entered. All required fields are checked for data.  If any required field is blank, the system prompts for data to be entered.

**Preview:**  Click the Preview button to view a copy of the completed form on screen.  If the form has not been submitted, a draft copy of the form is displayed.  If more editing is needed on a draft, close the preview screen and make changes prior to submitting the form.

**Print:**  Click the Print button to print the current Rock Dust Sample Submission form.  If the form has not been submitted, the option to print a draft copy is displayed (see Figure 16).  If the form has been submitted, the option to print the current form is displayed (see Figure 9).

15

Confidential Agency Document
DLB-001115

DOL-OASAM-0091



**Figure 16 – Print Draft Option**

**<u>S</u>ave:**  Data is saved only when the user clicks on the <u>S</u>ave button or <u>C</u>lose button.  Data is saved as the current working form. When entering several samples, click on the <u>S</u>ave button periodically to ensure data is not lost.

**<u>C</u>lose:**  Click the <u>C</u>lose button to close the current Rock Dust Sample Submission form. Entered data is saved.  The user is returned to the Main Switchboard.

## Samples Tab

The Samples tab provides a data input area to record information about the samples that are being prepared for submission to the lab.  Command buttons are located at the bottom of the screen.



**Figure 17 – Samples Tab**

### Data Input Area

One record (line) is to be completed for each sample taken.   Input fields are described below.

**Bag Number:**  Enter the Bag Number.  The Bag Number can be up to 7 characters.  It can contain text or numbers.  This is a required field. Examples: A-1; 1-A-3X; Spot #1.

16

Confidential Agency Document
DLB-001116

DOL-OASAM-0092

**Sample Type:**  Select the type of sample from the combo box.  Choices:  Band, Roof, Roof/Rib, Roof/Floor, Rib, Rib/Floor, Floor, Wet, and No Sample.   This is a required field.

**Location in Mine:**  Enter the location in the mine in feet inby the zero point where the sample was taken.  This is a required field.  Examples:  0+250', 0+500', 0+750', 0+1000', etc.

**Intake/Return:**  Use the combo box to select the air course from which the sample was taken.  Choices:  Intake Airway (I) or Return Airway (R).  This is a required field.

**Handheld CH4:**  Enter the reading from the CH4 reader.  The field is formatted to contain 2 digits, a decimal point, and 1 digit.  Numbers can range from 0.0 to 99.9.  The field is preformatted and the decimal (.) is automatically displayed.  Enter only the numbers.  Examples:  12.4; 3.2; 0.0.  This is a required field.

**Bottle Number:**  If a bottle is submitted, enter the preprinted Bottle Number from the label.  This is not a required field.  Examples:  C1234, D1235, etc.

**Command Buttons**

The command buttons available on the Mine Information tab are also available on the Samples tab.  Two buttons have been added to the left of the original buttons:  New Sample and Delete Sample.  On a new form, these buttons are inactivated as seen on Figure 17.  Once the first sample record is started, these buttons are activated and available for use.  They are described below.

| New Sample | Delete Sample | Validate | Preview | Print | Save | Close |
|---|---|---|---|---|---|---|

Figure 18 – Samples Tab Command Buttons

**New Sample:**  Click the New Sample button to add another sample to the form.  A new record line opens below the last record.  Each line is a separate sample record.

**Delete Sample:**  Click the Delete Sample button to delete a sample from the form.  Place the cursor within the record or click on the arrow to the left of the record before clicking on the Delete Sample button.   Respond "Yes" when asked to verify the record is to be deleted.

## Inspector Information Tab

The Inspector Information tab has two sections.  The first contains information about the collector.  The second identifies individuals who are to receive e-mail notification of the analysis results from the lab.  Command buttons are located at the bottom of the screen.

All fields on the Inspector Information tab are filled automatically from default data entered into the Tools-Options-Defaults screen.  If there are blank fields on the Inspector Information tab, use the Tools-Options-Defaults screen to reset the default information.  See Setting Default Information for instructions on entering this information.

17

Confidential Agency Document
DLB-001117

DOL-OASAM-0093

Typing over the displayed data or filling in blank fields on the Inspector Information tab results in the changed information being applied to the current form only. Information entered directly into the Inspector Information tab is not saved as default data.



**Figure 19 – Inspector Information Tab**

## Collector

Input fields are described below. All fields are required and data is to be displayed as in Figure 19, above.

**AR Number:**  Inspector's 5-digit AR Number.
**Collector Name:**  Inspector's First Name, Middle Initial, and Last Name.
**Field Office Code:**  Inspector's 4-digit office code.
**Field Office Location:**  City and state where the inspector's field office is located.

## E-mail Addresses

Input fields are described below. All fields are required and data is to be displayed as in Figure 19, above. The lookup button accesses the office e-mail address book. See Defaults Tab for instructions on selecting e-mail addresses.

**Inspector:**  E-mail address of the inspector.
**Supervisor:**  E-mail address of the inspector's supervisor.
**Clerk:**  E-mail address of the Field Office MIS clerk.
**Manager:**  E-mail address of the District or other manager.

## Command Buttons

The command buttons are the same as those located on the Mine Information tab (see Command Buttons, Page 13, for descriptions).

Confidential Agency Document
DLB-001118

DOL-OASAM-0094

## Submitting the Form

Once all required information is entered into Mine Information, Samples, and Inspector tabs, close the form.  Verify the Online flag is posted and click the Submit Current Form button.   Follow the screens to print a copy of the form (see Figures 7, 8, and 9).  Close the application.  Forward the printed Rock Dust Sample Submission form along with samples to the lab.

## Reviewing Lab Analysis

Upon completion of analysis, the lab e-mails survey results to the inspector, the inspector's supervisor, and the clerk.

| Subject: | Rock Dust Analysis Results |
| --- | --- |
| Attach... | RockDust.htm (24 KB) |

```
Analysis results for:
Mine ID:           42-02263
Mine Name:         BEAR CANYON NO. 3 MINE
Company Name:      C.W. MINING COMPANY
Event Number:      4260799
HMU Number:        011-1
Date Collected:    04/30/2004
HMU Alpha Suffix: A

The survey is NON-COMPLIANT.  33.33 percent of the samples are non-compliant.

An attachment is included for viewing the form.
```

Figure 20 – Lab E-mail of Analysis Results

Double-click on the attachment to view the Rock Dust Report.   Header information includes inspector and mine information submitted with the samples.

Rock Dust Sample Submission Form          U.S. Department of Labor
                                          Mine Safety and Health Administration

☐ Spot  ☐ Survey

| Collector | | Field Office | | F O Code |
| --- | --- | --- | --- | --- |
| John Q. Doe (23654) | | Aztec, NM | | 0902 |
| Inspector Email | Supervisor Email | Clerk Email | | Manager Email |
| DoeJohn@DOL.GOV | DoeJane@DOL.GOV | DoeJames@DOL.GOV | | Doe.William@DOL.GOV |
| Mine ID | Mine | | Company | |
| 42-02263 | BEAR CANYON NO. 3 MINE | | C.W. MINING COMPANY | |
| Event Number | HMU#1 | Super-Section | HMU#2 | Date Collected |
| 4268799 | 011-1 (A) | No | | 04-30-2004 |
| Sampling Area | | | Case Point | |
| Old No. 3 Section | | | 0400 | |

Collector's Comments
☐ Advancing
☐ Retreating

| Lab Sample Number | Bag Number | Sample Type | Location in Mine | Intake/Return | Handheld CH4 | Bottle Not (If App.) | Bottle Analysis | Dust Analysis | Required | Compliant |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 677954 | A01 | Rib/Floor | #1 entry xc 32/33 00 + 300 feet | I | 0.3 | E3263 | 9.18 | 87.3 | 66.8 | Yes |
| 677955 | A02 | Roof/Rib | #1 entry xc 33/36 00 + 1,000 feet | I | 0.3 | | | 89.6 | 68 | Yes |
| 677956 | A03 | Rib/Floor | #1 entry xc 35/36 00 + 1,400 feet | I | 0.6 | | | 56.6 | 71 | No |

For Laboratory Use Only
| Date Received | Lab Numbers | | Date Emailed | |
| --- | --- | --- | --- | --- |
| 06-12-2004 | 677954 to 677956 | | 12-22-2004 | |
| Lab Comments | | | | SURVEY IS NON-COMPLIANT |

MSHA Form 2000-150, Jun B1 (revised)

Figure 21 – Rock Dust Report

Confidential Agency Document
DLB-001119                                          DOL-OASAM-0095

For each sample submitted, the following information is returned:

| ITEM | DESCRIPTION |
|---|---|
| Lab # | Up to 15 characters – assigned by lab |
| Bag Number | Number from sample bag – entered by collector |
| Sample Type | Type of sample submitted – entered by collector |
| Location in Mine | Sample location – entered by collector |
| Intake/Return | Air Course – entered |
| Handheld CH4 | Reading from CH4 Reader – entered by collector |
| Bottle Number | Number from sample bottle – entered by collector |
| Bottle Analysis | Analysis results for submitted bottle – entered by lab. Numbers can range from 0.00 to 99.99 |
| Dust Analysis | Results from dust analysis – entered by lab. |
| Required | Rating required to meet compliance standards – entered by lab |
| Compliant | Compliance rating for sample – entered by lab |

**Table 1 –Sample Information**

This report also includes the following:

| ITEM | DESCRIPTION |
|---|---|
| Date Received | Date lab samples received at the lab. |
| Lab Numbers | Range of lab numbers included in the report |
| Date E-mailed | Date analysis results emailed from lab |
| Lab Comments | Any additional comments form the lab |
| Form Compliance Rating | Located in the lower right corner of the report |

**Table 2 –Report Information**

If the survey results are Non-Compliant, the inspector must issue a citation/order as appropriate.  See the Update Submitted Data section, below, for instructions on submitting an update form.

### Submitting Updates

Rock Dust Sample Submission, Version 2.0, provides inspectors the ability to submit updates to previously submitted surveys and records.  Inspectors can add a Citation Number to a non-compliant survey and an updated Wet Sample Status for wet sample records.

The lab application will accept update submissions from the inspector, clerk, and supervisor listed in the e-mail addresses on the original Rock Dust Sample Submission form.  Other submissions will be rejected.

To create and submit an update form, open the Rock Dust Sample Submission application.  Verify the Online flag is displayed.

Click on the Update Submitted Data button to display the Updates Form.

20



Figure 22 – Updates Form – Citation Number

The Updates Form opens to the Citation Numbers update screen. The inspector can update one or more surveys by adding the required information. The Mine ID, MMU Number, Date Collected, and MMU Alpha Suffix information is required to identify the survey to be updated. The Citation Number of the issued violation must also be entered.



Figure 23 – Updates Form – Wet Sample Status

The Wet Sample Status update screen allows the inspector to update one or more wet sample records. The Mine ID, MMU Number, Date Collected, MMU Alpha Suffix, and Bag Number information identifies the wet sample record to be updated. The Status Code, Status Date, and Comments provide the data to update the original record.

Citation Numbers and Wet Sample Status updates can be submitted together or separately. Complete either or both forms and click on the Submit button. The user is asked to confirm the submission.

21

Confidential Agency Document
DLB-001121



**Figure 24 – Confirm Update Submission**

Select "Yes" to submit or "No" to return to the form.

A Microsoft Outlook message announces that the program is trying to access e-mail addresses.  Place a check in the "Allow access for" box and click "Yes".



**Figure 25 – Outlook Message**

Upon submission, the user is presented with a verification message.



**Figure 26 – Submit Verification**

Click "OK" to close the message.

Close the Updates form.

22

DOL-OASAM-0098



Mine Safety and Health Administration

*U.S. Department of Labor*

# Rock Dust XML Data Retrieval
# User's Guide

Production Version 1.0.0
04/20/2006

Confidential Agency Document
DLB-001123

## Application Overview

This application is to be used to view data collected during rock dust surveys of coal mines or spot samples collected where previously wet areas have dried sufficient to collect a sample.

This application was created in Access 2002.  It is designed to allow the inspector field access to analysis data concerning previously submitted Rock Dust survey or spot samples collected to determine compliance with 30 CFR 75.403.

Complete national data or a single district data must be downloaded to this data retrieval application. A connection to the W: drive must be established to download this data.

## Opening the Application

Double-click on the Rock Dust Data Retrieval (RDDR) shortcut on the desktop to open the application.

Confidential Agency Document
DLB-001124

DOL-OASAM-0100

The application always opens to the Main Switchboard view shown below:



You must be logged on to the MSHA network to download initial data to your computer. After the network connection has been established, click on the "Open maintenance form/update data" button. The screen shown below will appear:

First, select All Bituminous Districts or a single district for data import. Then, click the update data button to begin the download. You will be notified when the data transfer is complete.

**The data must be current within seven days to use this application.**  If the data is more than seven days old, the user will be prompted to update the data.

3

Confidential Agency Document
DLB-001125

DOL-OASAM-0101

**Coal Mine Safety and Health**

Rock Dust Survey Data Retrieval Application

# Main Switchboard

*about this application...*

Exit

Data Loaded: District 6                    Data Updated: 4/11/05

View non-compliant surveys without citations entered into database

View prior survey wet locations | 1 year wet location tracking

View survey compliance (all data)

View survey compliance (by user date range)

Open maintenance form/update data

Version 1.0.0 - 04\20\2006

Clicking on the "View non-compliant surveys without citations entered into the database" opens the form view shown below:

**Coal Mine Safety and Health**

District 6

Non-Compliant 74.403 Rock Dust Surveys Without Citations In Database          Record Count:

| Apply Criteria | Refresh Data | Print Report | Close Form | | | 0 |

Enter criteria below and click the Apply Criteria button to view data.

| Office | Mine ID | Company / Mine | AR # / Collector | Event # | MMU # | % Non Compliant | Survey Date |
|--------|---------|----------------|------------------|---------|-------|-----------------|-------------|
| | | | | | | Alpha | |

You may select an office Code from the Office combo box, a Mine ID, Company name, Mine name, AR #, Collector name, Event #, or MMU # as a single entry or any combination as filtering criteria. Click the Apply Criteria button to view your data. Clicking the Print Report will send the

4

Confidential Agency Document
DLB-001126

DOL-OASAM-0102

onscreen data to your default printer. Clicking the Refresh Data button deletes the screen view and readies the application for new criteria entry. Click the Close Form button to return to the Main Switchboard.



Clicking on the "View prior wet locations" opens the form shown below:



This form will allow the user to view or print all Rock Dust Survey wet locations entered into the Rock Dust Submittal Application and transmitted to the Mt. Hope lab server. Closing this form returns the user to the Main Switchboard.

5

Confidential Agency Document
DLB-001127

DOL-OASAM-0103

Rock Dust Survey Data Retrieval Application

# Main Switchboard

*about this application...*

Exit

Data Loaded: District 6                                    Data Updated: 4/11/06

View non-compliant surveys without citations entered into database

View prior survey wet locations        1 year wet location tracking

View survey compliance (all data)

View survey compliance (by user date range)

Open maintenance form/update data                    Version 1.0.0 - 04\20\2006

Clicking the "1 Year wet location tracking opens the form shown below:



From the form view shown above, the user will print MSHA Form 2000-210; (Rock Dust Survey Wet Locations Tracking). The user must pick a Mine ID from the combo box; click the Apply Criteria button to view data. The printed form shows prior reported wet locations for a 1-year period of time.

**Data must be current within seven days to use this application.** If the data is more than seven days old, the user will be prompted to update the data.

Once a Mine ID is selected, the Preview Report and Print Report command buttons will be enabled for use.

MSHA Form 2000-210 is required to be printed, mine conditions for each prior wet sample location shown on the form evaluated in the mine, the status of each location marked, and the completed form turned in with each bituminous underground mine E01 completed event.

If the status of a location "Remains Wet", no further action is required. If a sample is collected at any location or a location becomes inaccessible, the data for that location will be updated utilizing

6

Confidential Agency Document
DLB-001128                                                           DOL-OASAM-0104

the Rock Dust Submittal Application. Once sampled or indicated as inaccessible, those locations will drop off the data for future dates within the 1-year period.



Clicking the "View survey compliance (all data)" opens the form shown below:



7

As referenced earlier in this document, you may enter single or multiple criteria, view, and print from this form. This form contains data beginning 10/01/2004 entered by the Bituminous Coal Districts.

You may also select a specific data beginning and ending range from the Main Switchboard and open this form specific to that range. Clicking the "View survey compliance (by user date range)" opens the same view; with a selected begin and end date for the data.

**Data Updates**

The data is uploaded to the W: drive at the end of each business day by the Mt. Hope, WV National Air/Dust Lab. Your database accuracy is dependent on your download frequency.

8

Confidential Agency Document
DLB-001130

DOL-OASAM-0106

*HUM Interview*

185

1    A:   No, sir, I've not provided any guidance on that.

2    Q:   Okay.  How does District 4 ensure that all wet surveys

3 are uploaded because no results will come back from the lab?

4    A:   I don't know.

5    Q:   Do you understand what -- what we're saying?

6    A:   He's saying, how do I -- okay, I'm not going to have

7 any survey results from the lab.  How do I assure that wet

8 surveys are input into the system?

9    Q:   Uh-huh.

10    A:   I don't know how they do it.  I know they do it, but I

11 don't know what the procedure is.

12    Q:   Well, if you don't know, you don't know.  That's all.

13    A:   I don't.

14    Q:   How is it determined when an area is too wet to sample?

15 How do they determine an area is too wet to sample?

16    A:   They squeeze it and it sticks together and they can't

17 get a sample out of it.

18    Q:   Okay.  Do they do it in all the -- all right.  Just

19 picture, we're going to run a survey.

20    A:   They do it where there marks are, where that says

21 basically is what they do.

22    Q:   In all -- in all -- a line across in all the entries?

23    A:   Yes.  Yes.

24    Q:   They wouldn't just walk up one entry and see water in

25 it and say, well, this survey's too wet?

186

1     A:   No.

2     Q:   Okay.   That's what I was --

3     A:   Okay.

4     Q:   Well, that -- here's the next part of it.   Can

5 inspectors look at general areas or entries to determine if an

6 entire area is too wet to sample or do they have to go to each

7 sampling location?

8     A:   They'd have to check each sampling location.

9     Q:   Okay.   Are you aware of MSHA policy regarding areas too

10 wet to sample?

11    A:   I'm probably aware of it, Jack, but I can't recite it

12 for you.

13    Q:   All right.

14    A:   I'm sure I've read it.

15    Q:   What were the procedures in your field offices to

16 revisit areas identified as too wet to sample on subsequent

17 visits?

18    A:   They're required to do that.

19    Q:   On their subsequent visits to --

20    A:   Yes.

21    Q:   -- to go, recheck to see if it's dried out.

22    A:   On subsequent EO1's.

23    Q:   Yeah.

24    A:   I'm not going to say the subsequent -- like, if I go

25 back today and it's wet, I'm not going to go back tomorrow to see

1   if it's still wet.

2       Q:    No.  I understand.

3       A:    But on the next EO1, yes, they go back.

4       Q:    I understand.  Do you have your supervisors follow-up

5   at the mine when the survey had all samples marked "too wet to

6   sample" --

7       A:    No, I have not.

8       Q:    -- to see if it was actually too wet or if the mine had

9   dried out enough to take the samples?  You haven't.

10      A:    No.

11      Q:    Why wasn't the wet tracking report from the Rock Dust

12  Data Retrieval application used until the quarter before the

13  accident?  Do you -- would you know why?

14      A:    Because we thought we were using it but then we found

15  out we weren't, and we had to go back and do retraining on it,

16  and basically, ████ did the training because ███ set everything up

17  and we had to -- had to train our inspectors in how to access it

18  and use it.

19      Q:    Okay.  How do you ensure that the wet tracking report

20  is being properly completed?

21      A:    I don't.

22      Q:    Who does?

23      A:    The supervisors I assume is doing it.

24      Q:    Okay.

25      A:    That would fall into their area of responsibility.

188

1    Q:   Have you identified any problems with the wet tracking

2  application?

3    A:   Just identified when we weren't doing it.

4    Q:   What's that now?

5    A:   Identified when we weren't doing it and we had to get a

6  fix in for it.

7    Q:   During what portion of regular inspection would rock

8  dust survey -- surveys -- rock dust surveys normally be taken?

9    A:   They should be taken in the beginning of the EO1 so we

10  can get the samples back and, if they're out of compliance, cite

11  them before the end.

12    Q:   Do you --

13    A:   Two things you want to do is get your TL's and get your

14  rock dust survey in the first part of the quarter so that samples

15  can be run and you get your results back prior to the end.

16    Q:   What was the first thing you said?

17    A:   Total liberations.

18    Q:   Oh, I'm sorry.

19    A:   TL's.

20    Q:   Different terminology, different place.

21    Q:   Do you give that training or do supervisors give that

22  training to the inspectors?  I mean, is that common practice that

23  they -- that's when they -- it's expected that they take those?

24    A:   Yes, supervisors do that.  They should provide

25  oversight to make sure it gets done.

Confidential Agency Document
DLB-001134

DOL-OASAM-0110

Inspector Interview
112

1    A    I try to use a map, yeah, a scaled map.

2    Q    What procedures did you have in the Mount Hope Field

3 Office for revisiting areas that were previously too wet to

4 sample?

5    A    Usually, it was done while you was traveling your air

6 course or if you had outby stuff to do that day.  Most of the

7 time it was done if you traveled the air course.  You know, you

8 have that, the one you're tracking, I guess, on your computer,

9 and you try to map out where it's at and observe them locations

10 and if it remains wet or if it's inaccessible or if the status

11 changes.

12    Q    Do you map those places out off of that wet tracking

13 form?

14    A    No, sir.

15    Q    Seems like it would be awful hard to figure out where

16 each spot is just from looking at that form?

17    A    It would.  It is.

18    Q    Do you really feel like you're physically looking at

19 all of them or are you just staying this area looks a little too

20 wet and you don't go to each place, if you're not mapping it out?

21    A    Well, I guess, if you don't map it, you're not looking

22 at that exact location where he took his exact sample.

23    Q    Is the revisiting those areas based on just general

24 observations then or are they specific to each location, in

25 reality?

113

1    A    I don't guess I understand what you're asking me.

2    Q    I guess, when you travel the airway, do you just pretty

3  much go through the whole thing and then just make a general

4  observation if the whole area seems too wet, or do you physically

5  try to go to each location?

6    A    Just a general observation.

7    Q    Is it usually just from traveling one entry in the air

8  course?

9    A    Yeah.

10   Q    Is -- we couldn't find in the database where a

11  previously wet area had ever been resampled at Upper Big Branch.

12  Why do you think that was?

13   A    I can't answer that.  You know, I guess for one, the

14  wet tracking thing was kind of, I know as far as I was concerned,

15  it was new to me, you know, as far as like filling out forms,

16  resampling, it was all new.  And I think prior to the explosion,

17  I was instructed on how to conduct -- I guess, fill that form

18  out.  If the status changed on anything, I had to go into the

19  computer and change it, so --

20   Q    Do you still feel very clear on it?

21   A    It's clearer, but it's, you know, like you said,

22  without maps and stuff it's hard to determine an exact location

23  of each individual wet survey.

24   Q    Have you ever -- have you since collected any samples

25  from previously wet areas?

1    A    No, sir.

2    Q    What procedure do you use if you were to collect one?

3  How would you identify the bag number on that?

4    A    You would -- if I ain't mistaken, you use the same

5  number that they used.

6    Q    And what kind of sample would it be?

7    A    Well, it depends on what kind you took.  I mean, if

8  you're asking like a band --

9    Q    Would it be a spot or a survey?

10    A    I'm saying it's going to be a spot.

11    Q    And how would you update -- how would you update the

12  computer to tell them when it was collected or is that something

13  you do?

14    A    Yeah.  Yeah, we do it, because I -- let's see.  I think

15  you go in Rock Dust application.  Down on the bottom, it's a

16  Citation, Wet Survey Update, you get that bag number, location,

17  MMU number, MMU suffix, and you enter that and what status has

18  changed.

19    Q    And we noticed that in your quarter you did use that

20  form.

21    A    Yeah.

22    Q    Prior to that though, we noticed it was a little

23  sporadic, it wasn't always used.  Prior to this quarter, was that

24  form used as a rule in the field office or was there any real

25  tracking prior to that?

Confidential Agency Document
DLB-001137                                                    DOL-OASAM-0113

115

1     A    Are you talking about the computer?

2     Q    Yeah.

3     A    That was the first I'd heard of it was when I was at

4  UBB, you know, that --

5     Q    And when did you fill that form out?

6     A    It was late in the quarter, I mean, close to the end

7  that I was made aware that I had to -- I had to change stuff.

8  So, you know, here I'm looking at a map and trying to figure out

9  when I traveled that area, what the conditions was and -- because

10  some of it, I think it's -- if it's inaccessible, gob area, you

11  know, it's two different things so you just can't -- so I'm

12  looking at the map trying to figure out if it's inaccessible or

13  if it's gobbed, too wet, and it was confusing.  But it was very

14  late in the quarter.

15     Q    So the quarter prior to that, how were we -- if we used

16  that form to know where to look for the previously wet areas and

17  we didn't use it the quarter before, how were we tracking to even

18  know we were looking for them?  Do you think we were?

19     A    I don't know.

20     Q    In your case, were you?

21     A    I mean, technically, no.  I mean, you know, you get a

22  -- just like I said, a general observation of the entire area,

23  you know.

24     Q    Would you have even known that there was previously wet

25  samples from three quarters ago when you were traveling that air

116

1  course prior to that?

2      A    No, I wouldn't have.

3      Q    When do you normally take rock dust samples in the

4  quarter?  Early, late, middle?

5      A    Generally, I take mine toward the end.

6      Q    Why's that?

7      A    Just to try to kind of help the next guy out, because

8  it's -- and I don't know if it really helps him, but if they do

9  theirs at the start, they don't have a lot to catch up to do.  I

10  don't guess it's a real thing, I just -- most of the time mine's

11  toward the end.  I don't know why, it just is.

12      Q    Is it because we put it off until then maybe and wait

13  until we get our airways first?

14      A    No, I don't so much think it's that, I mean.

15      Q    Doesn't that cause a problem with writing a citation on

16  a different event if you're doing it toward the end?

17      A    It does now, yeah.

18      Q    It does?

19      A    Yeah.

20      Q    Do you always write your own violations for samples

21  that you've collected?

22      A    No.  I mean, I've wrote -- if I have a mines that the

23  previous guy took samples and it come back, and this is the next

24  quarter and they come back out of compliance, I've issued them

25  through his survey.

U.S. Department of Labor
Mine Safety and Health Administration

Record Count: 202

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

Selection Criteria: 4608436

From: 3/16/2009 to 3/16/2010

Event Number: 6286108

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | I/R | Zero Point |
|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2A1 | I | 50' INBY SPAD 23137  Sample Location = 0+00' (#1 ENTRY) |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2B1 | I | 50' INBY SPAD 23137  Sample Location = 0+00' (#2 ENTRY) |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2C1 | R | 50' INBY SPAD 23137  Sample Location = 0+00' (#3 ENTRY) |
| 04* | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2A2 | I | 50' INBY SPAD 23137  Sample Location = 0+500' |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2B2 | I | 50' INBY SPAD 23137  Sample Location = 0+500' |

Collector

Each row has checkboxes: Remains Wet / Sampled / Inaccessible

Confidential Agency Document
DLB-001140

DOL-OASAM-0116

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010          Event Number: 6286108

Selection Criteria:
Mine ID  4608436

| Office Cd | Mine ID | Survey Dt. | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2C2 | R | 50' INBY SPAD 23137 |  |
| | | | | | | | | | | Sample Location = 0+500' | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2A3 | I | 50' INBY SPAD 23137 | |
| | | | | | | | | | | Sample Location = 0+1000' | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2B3 | I | 50' INBY SPAD 23137 |  |
| | | | | | | | | | | Sample Location = 0+1000' | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2C3 | R | 50' INBY SPAD 23137 |  |
| | | | | | | | | | | Sample Location = 0+1000' | |
| 040* | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2A3X | I | 50' INBY SPAD 23137 | |
| | | | | | | | | | | Sample Location = 0+1050' | |

Each entry includes checkboxes: Remains Wet / Sampled / Inaccessible

MSHA Form 2000-210 (1/06)          Tuesday, March 16, 2010          2 of 41 Pages

Confidential Agency Document
DLB-001141

DOL-OASAM-0117

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

**From:** 3/16/2009 to 3/16/2010

**Event Number:** 6286108

**Selection Criteria:** 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2B3X | I | 50' INBY SPAD 23137 | |
| | | Remains Wet ☐  Sampled ☐  Inaccessible ☑ | | | | | | | | Sample Location = 0+1050' | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2A4 | I | 50' INBY SPAD 23137 | |
| | | Remains Wet ☐  Sampled ☐  Inaccessible ☑ | | | | | | | | Sample Location = 0+2000' | |
| 0401 | 4608436 | 4/15/2009 | A | 4119938 | 0290 | | #1 SECTION | 2B4 | I | 50' INBY SPAD 23137 | |
| | | Remains Wet ☐  Sampled ☐  Inaccessible ☑ | | | | | | | | Sample Location = 0+2000' | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2C4 | R | 50' INBY SPAD 23137 | |
| | | Remains Wet ☐  Sampled ☐  Inaccessible ☑ | | | | | | | | Sample Location = 0+2000' | |
| 0401 | 4608436 | 4/15/2009 | A | 4119938 | 0290 | | #1 SECTION | 2A5 | I | 50' INBY SPAD 23137 | |
| | | Remains Wet ☐  Sampled ☐  Inaccessible ☑ | | | | | | | | Sample Location = 0+2500' | |

MSHA Form 2000-210 (1/05)

Tuesday, March 16, 2010

3 of 41 Pages

Confidential Agency Document
DLB-001142

DOL-OASAM-0118

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

Selection Criteria: 4608436

From: 3/16/2009 to 3/16/2010    Event Number: 6286108

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2B5 | I | 50' INBY SPAD 23137 | |
| | | | | | | | Sample Location = 0+2500' | | | | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2C5 | I | 50' INBY SPAD 23137 | |
| | | | | | | | Sample Location = 0+2500' | | | | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2A6 | I | 50' INBY SPAD 23137 | |
| | | | | | | | Sample Location = 0+3000' | | | | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2B6 | I | 50' INBY SPAD 23137 | |
| | | | | | | | Sample Location = 0+3000' | | | | |
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0280 | | #1 SECTION | 2C6 | R | 50' INBY SPAD 23137 | |
| | | | | | | | Sample Location = 0+3000' | | | | |

Checkboxes (each row): Remains Wet / Sampled / Inaccessible

Confidential Agency Document
DLB-001143

DOL-OASAM-0119

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

Selection Criteria: 4608436

**From: 3/16/2009 to 3/16/2010**   **Event Number:** 6286108

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2A6X | I | 50' INBY SPAD 23137 |  |

Remains Wet ☐  Sampled ☐  Inaccessible ☑  
Sample Location = 0+3050'

| 0401 | 4608436 | 4/15/2009 | A | 4119936 | 0290 | | #1 SECTION | 2B6X | I | 50' INBY SPAD 23137 |  |

Remains Wet ☐  Sampled ☐  Inaccessible ☑  
Sample Location = 0+3050'

| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4A1 | R | 50 FT. INBY SPAD #22809 |  |

Remains Wet ☑  Sampled ☐  Inaccessible ☐  
Sample Location = 0+00 FT.

| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4A2 | R | 50 FT. INBY SPAD #22809 |  |

Remains Wet ☑  Sampled ☐  Inaccessible ☐  
Sample Location = 0+500 FT.

| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4A3 | R | 50 FT. INBY SPAD #22809 |  |

Remains Wet ☑  Sampled ☐  Inaccessible ☐  
Sample Location = 0+1000 FT.

Confidential Agency Document
DLB-001144

DOL-OASAM-0120

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010

Event Number: 6281082

Selection Criteria:
4608436

| Office Cd | Mine ID | Survey Dt. | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4A4 | R | 50 FT. INBY SPAD #22809 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+1500 FT. |  |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4A5 | R | 50 FT. INBY SPAD #22809 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+2000 FT. |  |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4A6 | R | 50 FT. INBY SPAD #22809 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+2500 FT. |  |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4A7 | R | 50 FT. INBY SPAD #22809 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+3000 FT. |  |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4B1 | R | 50 FT. INBY SPAD #22809 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+00 FT. |  |

Remains Wet / Sampled / Inaccessible

MSHA Form 2000-210 (1/06)

Tuesday, March 16, 2010

6 of 41 Pages

Confidential Agency Document
DLB-001145

DOL-OASAM-0121

Coal Rock Dust Survey Data Retrieval System

## Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010          Event Number: 628608

Selection Criteria:
4608436

| Office Cd | Mine ID | Survey Dt. | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4B2 | R | 50 FT. INBY SPAD #22809 | |
| ☐ Remains Wet ☐ Sampled ☑ Inaccessible | | | | | | | | | | Sample Location = 0+500 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4B3 | R | 50 FT. INBY SPAD #22809 | |
| ☐ Remains Wet ☐ Sampled ☑ Inaccessible | | | | | | | | | | Sample Location = 0+1000 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4B4 | R | 50 FT. INBY SPAD #22809 | |
| ☐ Remains Wet ☐ Sampled ☑ Inaccessible | | | | | | | | | | Sample Location = 0+1500 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4B5 | R | 50 FT. INBY SPAD #22809 | |
| ☐ Remains Wet ☐ Sampled ☑ Inaccessible | | | | | | | | | | Sample Location = 0+2000 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | AB6 | R | 50 FT. INBY SPAD #22809 | |
| ☐ Remains Wet ☐ Sampled ☑ Inaccessible | | | | | | | | | | Sample Location = 0+2500 FT. | |

Confidential Agency Document
DLB-001146

DOL-OASAM-0122

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010          Event Number: 6286108

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4B7 | R | 50 FT. INBY SPAD #22809 Sample Location = 0+3000 FT. | |
| | | Remains Wet ☐   Sampled ☐   Inaccessible ☐ | | | | | | | | | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4C1 | I | 50 FT. INBY SPAD #22809 Sample Location = 0+00 FT. | |
| | | Remains Wet ☐   Sampled ☐   Inaccessible ☑ | | | | | | | | | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4C2 | I | 50 FT. INBY SPAD #22809 Sample Location = 0+500 FT. | |
| | | Remains Wet ☐   Sampled ☐   Inaccessible ☐ | | | | | | | | | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4C3 | I | 50 FT. INBY SPAD #22809 Sample Location = 0+1000 FT. | |
| | | Remains Wet ☐   Sampled ☐   Inaccessible ☐ | | | | | | | | | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4C4 | I | 50 FT. INBY SPAD #22809 Sample Location = 0+1500 FT. | |
| | | Remains Wet ☐   Sampled ☐   Inaccessible ☑ | | | | | | | | | |

Confidential Agency Document
DLB-001147                    DOL-OASAM-0123

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

**From:** 3/16/2009 to 3/16/2010   **Event Number:** 6286108

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4C5 | I | 50 FT. INBY SPAD #22809 | |
| | | Remains Wet ☐ Sampled ☐ Inaccessible ☑ | | | | | | | | Sample Location = 0+2000 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119935 | 0400 | 0410 | #2 SECTION | 4C6 | I | 50 FT. INBY SPAD #22809 | |
| | | Remains Wet ☐ Sampled ☐ Inaccessible ☑ | | | | | | | | Sample Location = 0+2500 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4C7 | I | 50 FT. INBY SPAD #22809 | |
| | | Remains Wet ☐ Sampled ☐ Inaccessible ☑ | | | | | | | | Sample Location = 0+3000 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4D1 | R | 50 FT. INBY SPAD #22809 | |
| | | Remains Wet ☐ Sampled ☐ Inaccessible ☑ | | | | | | | | Sample Location = 0+00 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4D2 | R | 50 FT. INBY SPAD #22809 | |
| | | Remains Wet ☐ Sampled ☐ Inaccessible ☑ | | | | | | | | Sample Location = 0+500 FT. | |

MSHA Form 2000-210 (1/06)

Tuesday, March 16, 2010

9 of 41 Pages

Confidential Agency Document DLB-001148

DOL-OASAM-0124

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

Selection Criteria: 4608436

From: 3/16/2009 to 3/16/2010

Event Number: 628610 Y

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4D3 | R | 50 FT. INBY SPAD #22809 |  |
| | | | | | | | | | | Sample Location = 0+1000 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4D4 | R | 50 FT. INBY SPAD #22809 |  |
| | | | | | | | | | | Sample Location = 0+1500 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4D5 | R | 50 FT. INBY SPAD #22809 |  |
| | | | | | | | | | | Sample Location = 0+2000 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4D6 | R | 50 FT. INBY SPAD #22809 |  |
| | | | | | | | | | | Sample Location = 0+2500 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 4D7 | R | 50 FT. INBY SPAD #22809 |  |
| | | | | | | | | | | Sample Location = 0+3000 FT. | |

Remains Wet ☐  Sampled ☐  Inaccessible ☑

MSHA Form 2000-210 (1/06)

Tuesday, March 16, 2010

Confidential Agency Document
DLB-001149

DOL-OASAM-0125

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010

Event Number: 6286108

Selection Criteria:
4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 43AX | R | 50 FT. INBY SPAD #22809 |  |
| Remains Wet ☑ Sampled ☐ Inaccessible ☐ | | | | | | | | | | Sample Location = 0+1050 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 46AX | R | 50 FT. INBY SPAD #22809 |  |
| Remains Wet ☑ Sampled ☐ Inaccessible ☐ | | | | | | | | | | Sample Location = 0+2550 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 43BX | I | 50 FT. INBY SPAD #22809 |  |
| Remains Wet ☐ Sampled ☐ Inaccessible ☑ | | | | | | | | | | Sample Location = 0+1050 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 46BX | I | 50 FT. INBY SPAD #22809 |  |
| Remains Wet ☐ Sampled ☐ Inaccessible ☑ | | | | | | | | | | Sample Location = 0+2550 FT. | |
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0400 | 0410 | #2 SECTION | 43CX | R | 50 FT. INBY SPAD #22809 |  |
| Remains Wet ☐ Sampled ☐ Inaccessible ☑ | | | | | | | | | | Sample Location = 0+1050 FT. | |

MSHA Form 2000-210 (1/06)

Tuesday, March 16, 2010

Confidential Agency Document
DLB-001150

DOL-OASAM-0126

Cecil Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

Selection Criteria:
4608436

**From: 3/16/2009 to 3/16/2010**

**Event Number:** 6286106

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 4/8/2009 | A | 4119936 | 0540 | 0650 | #3 section | 1F3X | R | 50' inby spad 22905 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+1050' |  |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 |  | Tailgate area | 2A1 | R | 50' inby spad 23168 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+00' (#1 ENTRY) |  |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 |  | Tailgate area | 2B1 | R | 50' inby spad 23168 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+00' (#2 ENTRY) |  |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 |  | Tailgate area | 2C1 | I | 50' inby spad 23168 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+00' (#3 ENTRY) |  |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 |  | Tailgate area | 2D1 | I | 50' inby spad 23168 |  |
|  |  |  |  |  |  |  |  |  |  | Sample Location = 0+00 (#4 ENTRY) |  |

Remains Wet / Sampled / Inaccessible (checkboxes for each row)

MSHA Form 2000-210 (1/06)

Tuesday, March 16, 2010

23 of 41 Pages

Confidential Agency Document
DLB-001151

DOL-OASAM-0127

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010

Event Number: 6294108

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 | | Tailgate area | 2A2 | R | 50' Inby spad 23168 | |
| | | | | | | | | | | Sample Location = 0+500' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 | | Tailgate area | 2B2 | R | 50' Inby spad 23168 | |
| | | | | | | | | | | Sample Location = 0+500' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 | | Tailgate area | 2C2 | I | 50' Inby spad 23168 | |
| | | | | | | | | | | Sample Location = 0+500' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 | | Tailgate area | 2D2 | I | 50' Inby spad 23168 | |
| | | | | | | | | | | Sample Location = 0+500' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 | | Tailgate area | 1A3 | R | 50' Inby spad 23168 | |
| | | | | | | | | | | Sample Location = 0+1000' | |

Remains Wet  ☐
Sampled  ☐
Inaccessible  ☐

Tuesday, March 16, 2310

MSHA Form 2000-210 (1/06)

24 of 41 Pages

Confidential Agency Document
DLB-001152

DOL-OASAM-0128

Coal Rock Dust Survey Data Retrieval System

## Rock Dust Survey Wet Locations Tracking

Selection Criteria: 4608436

From: 3/16/2009 to 3/16/2010     Event Number: 6286108

| Office Cd | Mine ID | Survey Da | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 | | Tailgate area | 1B3 | R | 50' inby spad 23168 |  |
| | | | | | | | | | | Sample Location = 0+1000' | |
| ☑ Remains Wet  ☐ Sampled  ☐ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 | | Tailgate area | 1C3 | I | 50' inby spad 23168 |  |
| | | | | | | | | | | Sample Location = 0+1000' | |
| ☑ Remains Wet  ☐ Sampled  ☐ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0290 | | Tailgate area | 1D3 | I | 50' inby spad 23168 |  |
| | | | | | | | | | | Sample Location = 0+1000' | |
| ☑ Remains Wet  ☐ Sampled  ☐ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A1 | R | 50' inby spad 23181 |  |
| | | | | | | | | | | Sample Location = 0+00' (#1 ENTRY) | |
| ☐ Remains Wet  ☐ Sampled  ☑ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B1 | I | 50' inby spad 23181 |  |
| | | | | | | | | | | Sample Location = 0+00' (#2 ENTRY) | |
| ☐ Remains Wet  ☐ Sampled  ☑ Inaccessible | | | | | | | | | | | |

Confidential Agency Document
DLB-001153     DOL-OASAM-0129

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010  Event Number: 6286/08

Selection Criteria:
4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha | Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | | 4119293 | 0400 | | head gate toward fan | 1C1 | I | 50' inby spad 23181 | |
| | | | | | | | | | | | Sample Location = 0+00' (#3 ENTRY) | |
| 0401 | 4608436 | 7/15/2009 | A | | 4119293 | 0400 | | head gate toward fan | 1D1 | R | 50' inby spad 23181 | |
| | | | | | | | | | | | Sample Location = 0+00' (#4 ENTRY) | |
| 0401 | 4608436 | 7/15/2009 | A | | 4119293 | 0400 | | head gate toward fan | 1A2 | R | 50' inby spad 23181 | |
| | | | | | | | | | | | Sample Location = 0+500' | |
| 0401 | 4608436 | 7/15/2009 | A | | 4119293 | 0400 | | head gate toward fan | 1B2 | I | 50' inby spad 23181 | |
| | | | | | | | | | | | Sample Location = 0+500' | |
| 0401 | 4608436 | 7/15/2009 | A | | 4119293 | 0400 | | head gate toward fan | 1C2 | I | 50' inby spad 23181 | |
| | | | | | | | | | | | Sample Location = 0+500' | |

Remains Wet / Sampled / Inaccessible (checkboxes for each row)

MSHA Form 2000-210 (1/06)  Tuesday, March 16, 2010  26 of 41 Pages

Confidential Agency Document
DLB-001154
DOL-OASAM-0130

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010     Event Number: 6286108

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1D2 | R | 50' inby spad 23181 |  |
| | | | | | | | Sample Location = 0+500' | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A3 | R | 50' inby spad 23181 |  |
| | | | | | | | Sample Location = 0+1000' | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B3 | I | 50' inby spad 23181 |  |
| | | | | | | | Sample Location = 0+1000' | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1C3 | I | 50' inby spad 23181 |  |
| | | | | | | | Sample Location = 0+1000' | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1D3 | R | 50' inby spad 23181 |  |
| | | | | | | | Sample Location = 0+1000' | | | | |

Remains Wet ☐  Sampled ☐  Inaccessible ☐ (repeated for each row)

Confidential Agency Document
DLB-001155     DOL-OASAM-0131

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010     Event Number: 6286108

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A3X | I | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+1050' | |

Remains Wet ☐   Sampled ☐   Inaccessible ☐

| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B3X | I | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+1050' | |

Remains Wet ☐   Sampled ☐   Inaccessible ☐

| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1C3X | I | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+1050' | |

Remains Wet ☐   Sampled ☐   Inaccessible ☐

| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A4 | R | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+1500' | |

Remains Wet ☐   Sampled ☐   Inaccessible ☐

| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B4 | I | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+1500' | |

Remains Wet ☐   Sampled ☐   Inaccessible ☐

Confidential Agency Document
DLB-001156

DOL-OASAM-0132

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010        Event Number: 6286108

Selection Criteria:
4608436

| Office Cd | Mine ID | Survey Dt. | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | L/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1C4 | I | 50' inby spad 23181 | |
| Remains Wet ☐  Sampled ☐  Inaccessible ☑ | | | | | | | Sample Location = 0+1500' | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1D4 | R | 50' inby spad 23181 | |
| Remains Wet ☐  Sampled ☐  Inaccessible ☐ | | | | | | | Sample Location = 0+1500' | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A5 | R | 50' inby spad 23181 | |
| Remains Wet ☐  Sampled ☐  Inaccessible ☐ | | | | | | | Sample Location = 0+2000' | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B5 | I | 50' inby spad 23181 | |
| Remains Wet ☐  Sampled ☐  Inaccessible ☑ | | | | | | | Sample Location = 0+2000' | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1C5 | I | 50' inby spad 23181 | |
| Remains Wet ☐  Sampled ☐  Inaccessible ☑ | | | | | | | Sample Location = 0+2000' | | | | |

MSHA Form 2000-210 (1/06)

Tuesday, March 16, 2010

Confidential Agency Document
DLB-001157

DOL-OASAM-0133

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010    Event Number: 6284108

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | Sampling Area #2 | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | head gate toward fan | 1D5 | R | 50' inby spad 23181 | |
| | | | | | | | | | Sample Location = 0+2000' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | head gate toward fan | 1A5 | R | 50' inby spad 23181 | |
| | | | | | | | | | Sample Location = 0+2500' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | head gate toward fan | 1B6 | I | 50' inby spad 23181 | |
| | | | | | | | | | Sample Location = 0+2500' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | head gate toward fan | 1C6 | I | 50' inby spad 23181 | |
| | | | | | | | | | Sample Location = 0+2500' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | head gate toward fan | 1D6 | R | 50' inby spad 23181 | |
| | | | | | | | | | Sample Location = 0+2500' | |

Remains Wet ☐  Sampled ☐  Inaccessible ☐ (each row)

Tuesday, March 16, 2010

Confidential Agency Document
DLB-001158    DOL-OASAM-0134

Coal/Rock Dust Survey Data Retrieval System

## Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010     Event Number: 6 2 8/10 9

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | # 2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1D8 | R | 50' inby spad 23181 |  |
| Remains Wet ☑ Sampled ☐ Inaccessible ☐ | | | | | | | | | | Sample Location = 0+3500' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A9 | R | 50' inby spad 23181 |  |
| Remains Wet ☑ Sampled ☐ Inaccessible ☐ | | | | | | | | | | Sample Location = 0+4000' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B9 | I | 50' inby spad 23181 |  |
| Remains Wet ☑ Sampled ☐ Inaccessible ☐ | | | | | | | | | | Sample Location = 0+4000' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1C9 | I | 50' inby spad 23181 |  |
| Remains Wet ☑ Sampled ☐ Inaccessible ☐ | | | | | | | | | | Sample Location = 0+4000' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1D9 | R | 50' inby spad 23181 |  |
| Remains Wet ☑ Sampled ☐ Inaccessible ☐ | | | | | | | | | | Sample Location = 0+4000' | |

MSHA Form 2000-210 (1/06)     Tuesday, March 16, 2010     33 of 41 Pages

Confidential Agency Document
DLB-001159
DOL-OASAM-0135

Coal Rock Dust Survey Retrieval System

# Rock Dust Survey Wet Locations Tracking

From: 3/16/2009 to 3/16/2010    Event Number: 6986108

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | 1/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A6X | R | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+2560' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B6X | 1 | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+2560' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1C6X | 1 | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+2560' | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A7 | R | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+3000' | |
| 0401 | 4608438 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B7 | 1 | 50' inby spad 23181 | |
| | | | | | | | | | | Sample Location = 0+3000' | |

Remains Wet ☐   Sampled ☑   Inaccessible ☐

Remains Wet ☑   Sampled ☐   Inaccessible ☐

Remains Wet ☑   Sampled ☐   Inaccessible ☐

Remains Wet ☑   Sampled ☐   Inaccessible ☐

Remains Wet ☑   Sampled ☐   Inaccessible ☐

Confidential Agency Document
DLB-001160    DOL-OASAM-0136

Coal Rock Dust Survey Data Retrieval System

# Rock Dust Survey Wet Locations Tracking

**From: 3/16/2009 to 3/16/2010**

**Event Number:** 6876108

Selection Criteria: 4608436

| Office Cd | Mine ID | Survey Dt | MMU Alpha Suffix | Prior Event # | MMU #1 | #2 | Sampling Area | Bag # | I/R | Zero Point | Collector |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☑ Remains Wet ☑ Sampled ☐ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1C7 | I | 50' inby spad 23181 |  |
| | | | | | | | | | | Sample Location = 0+300' | |
| ☑ Remains Wet ☑ Sampled ☐ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1D7 | R | 50' inby spad 23181 |  |
| | | | | | | | | | | Sample Location = 0+300' | |
| ☑ Remains Wet ☐ Sampled ☐ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1A8 | R | 50' inby spad 23181 |  |
| | | | | | | | | | | Sample Location = 0+350' | |
| ☑ Remains Wet ☑ Sampled ☐ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1B8 | I | 50' inby spad 23181 |  |
| | | | | | | | | | | Sample Location = 0+350' | |
| ☑ Remains Wet ☑ Sampled ☐ Inaccessible | | | | | | | | | | | |
| 0401 | 4608436 | 7/15/2009 | A | 4119293 | 0400 | | head gate toward fan | 1C8 | I | 50' inby spad 23181 |  |
| | | | | | | | | | | Sample Location = 0+350' | |

Confidential Agency Document
DLB-001161

DOL-OASAM-0137

(PIL)

### Assistant District Manager for Enforcement (ADM) – Flagrant Violations

**Issue:** The ADM did not provide adequate oversight to ensure that inspectors reviewed potentially flagrant violations in accordance with the procedures established by *Procedure Instruction Letter No. I08-III-02.*

District 4 inspectors issued eight section 104(d)(2) orders for violations at UBB that met the "numbered objective criteria" outlined in PIL I08-III-02 for review as potentially flagrant violations. All eight orders involved the Operator's failure to follow the approved ventilation plan. Seven orders met the criteria for the "repeated failure" to make reasonable efforts to eliminate known violations, and one met both the "repeated failure" and "reckless failure" criteria. However, District 4 personnel did not review any of the eight orders as potentially flagrant violations. As a result, none of the eight orders were submitted to the CMS&H Administrator for a final determination.

In the ADM's enforcement division, only 9% of the 66 potentially flagrant violations required to be reviewed were actually reviewed by PIL No. I08-III-02 as required.

**Supporting Documentation:**

- *Procedure Instruction Letter No. PIL I08-III-0* (PIL I08-III-02.pdf)

**Mitigating Factors:** In District 4, only 7.3% of the potentially flagrant violations were reviewed as required.

EFFECTIVE DATE: 05/29/08          EXPIRATION DATE: 03/31/10
(Reissue of PIL I06-III-04)

PROCEDURE INSTRUCTION LETTER NO. I08-III-02

FROM:         JAY P. MATTOS
Director
Office of Assessments

KEVIN G. STRICKLIN
Administrator for
Coal Mine Safety and Health

FELIX A. QUINTANA
Administrator for
Metal and Nonmetal Mine Safety and Health

SUBJECT:         Procedures for Evaluating Flagrant Violations

## Scope
This Procedure Instruction Letter (PIL) applies to all Coal and Metal and Nonmetal Mine Safety and Health enforcement personnel.

## Purpose
The purpose of this PIL is to establish uniform procedures for Coal and Metal and Nonmetal Mine Safety and Health enforcement personnel to properly evaluate flagrant violations of mandatory safety and health standards as provided in the Mine Improvement and New Emergency Response Act of 2006 (MINER Act).

## Background
With passage of the MINER Act, a civil penalty of up to $220,000 may be assessed for a flagrant violation. The MINER Act states that a flagrant violation is:

> "…a **reckless or repeated failure** to make reasonable efforts to eliminate a known violation of a mandatory safety or health standard that substantially and proximately caused, or reasonably could have been expected to cause, death or serious bodily injury."

Confidential Agency Document
DLB-001163

2

While conducting inspections and investigations, MSHA inspectors observe violations of mandatory standards and, as a result, issue citations and orders. During that process, inspectors evaluate a mine operator's negligence regarding their knowledge of those violations, from "none" to "reckless disregard." Agency inspectors also have knowledge of citations and orders that were previously issued to a mine. Based on the facts and their observations, inspectors now have the opportunity to designate a violation as flagrant. Some basic statutory requirements must be met for a violation to receive this designation. These violations shall be reviewed thoroughly at every management level in the District and by the Administrator prior to being forwarded for proposed civil penalty assessment.

<u>Procedure</u>
1) Flagrant violations cited by Mine Safety and Health Administration (MSHA) inspectors must meet the following evaluation criteria for **reckless failure** <u>or</u> **repeated failure** violations:

For violations that are the result of **reckless failure** to make reasonable efforts to eliminate a known violation -
1. Citation or order is evaluated as significant and substantial,
2. Injury or illness is evaluated as at least permanently disabling,
3. Citation or order is evaluated as an unwarrantable failure, and
4. Negligence is evaluated as reckless disregard.

For violations that are the result of **repeated failure** to make reasonable efforts to eliminate a known violation -
1. Citation or order is evaluated as significant and substantial,
2. Injury or illness is evaluated as at least permanently disabling,
3. Type of action is evaluated as an unwarrantable failure, and
4. At least two prior "unwarrantable failure" violations of the same safety or health standard have been cited within the past 15 months.

In addition, if the violation meets the above criteria it must also be evaluated to determine if it **proximately caused**, or could have reasonably been expected to cause death or serious bodily injury. A proximate cause is one which directly produces the injury or death and without which the injury or death would not have occurred.

In addition to the serious or aggravating circumstances already referenced on the MSHA Special Assessment Review (SAR) Form, the inspector and reviewing supervisors should also document any mitigating circumstances. Examples of mitigating circumstances might include new mine ownership or new safety officials at the mine who have shown an increased commitment to improving compliance.

3

2) All flagrant violations will be specially assessed. To initiate the special assessment process, the inspector must complete a SAR Form for each proposed flagrant violation cited, clearly identifying it as potentially flagrant. The above criteria must be addressed on the form. The SAR Form has been revised to include a check box to be used to identify violations as flagrant. Inspectors and higher level reviewers must consider all factors and circumstances and check the "flagrant violation" box in their respective section (section 10 through 13) of the SAR Form before forwarding the SAR Form to the appropriate Administrator for review. All SAR Forms that meet the numbered objective criteria outlined above must be submitted to the Administrator even if the District Manager does not recommend a flagrant violation special assessment because of the absence of proximate cause or the presence of mitigating factors. The Administrator will forward the completed SAR Form along with the underlying citation or order to the Assessment Center in Wilkes-Barre, Pennsylvania.

3) When possible and appropriate, MSHA District Managers should notify mine operators and miners' representatives if a mine's enforcement history makes it eligible for issuance of flagrant violations. However, MSHA's failure to notify mine operators and miners' representatives of this eligibility does not preclude issuance of these types of violations.

<u>Authority</u>
Section 110 of the Federal Mine Safety and Health Act of 1977, as amended, 30 U.S.C. §820. The Mine Improvement and New Emergency Response Act of 2006, Section 8.

<u>Filing Instructions</u>
This procedure instruction letter should be filed behind the tab marked "Procedure Instruction Letters" in the Coal Mine Safety and Health and Metal and Nonmetal General Inspection Procedures Handbook.

<u>Issuing Office and Contact Person</u>
Coal Mine Safety and Health
Kenneth Murray (202) 693-9503
Email: <u>Murray.Kenneth@dol.gov</u>

Metal and Nonmetal Mine Safety and Health
Neal Merrifield (202) 693-9645
Email: <u>Merrifield.Neal@dol.gov</u>

Office of Assessments
Linda Weitershausen (202) 693-9712
Email: <u>Weitershausen.Linda@dol.gov</u>

DOL-OASAM-0141

4

**Distribution**
Coal Mine Safety and Health enforcement personnel
Metal and Nonmetal Mine Safety and Health enforcement personnel
Assessments

Confidential Agency Document
DLB-001167

DOL-OASAM-0143

COPY

**Field Office Supervisor**
**Supervisory Coal Mine Safety and Health Specialist**

GS – 13, direct front line responsibility for Mt. Hope Field office in D 4

FY 10 – HE
FY 11 – HE

FY 10 – HE rating, Lincoln Selfe, rating official; Robert Hardman, DM, reviewing official.

Transferred to Mt. Hope field office 1/17/2010 – his team was responsible for UBB inspections in FY 10

**Organizational Performance Elements, FY 10 summary**

Leadership narrative: Supervisor vigorously monitors the status of all inspections with daily two way conversations with the inspectors, office personnel, and all others that are involved in the inspection process; open door policy allows problem solving, has developed short and long term plans; makes regular mine visits; this has prevented issues from by passing the field office.

Resource Management: Required adjusting priorities and manpower to meet deadlines and to gather mine specific information for requests from the district.

Coalition Building and Communication: No workplace disputes between the employees and supervisor.

Result 1: Supervisor believes in firm and fair enforcement; to reduce injuries and fatalities he has instructed the inspectors to use the appropriate level of enforcement when issuing citations and orders; he reviews all citations and orders issued by the inspectors, providing oversight to ensure consistency among his workgroup; inspectors instructed to make sure all citations/orders/safeguards are abated within the appropriate time frame; monitors due dates and holds the inspectors responsible for paperwork they issue; when citations/orders/safeguards have been found to be past due, the issuing inspector has been immediately assigned to return to the mine and investigate to ensure the abatement has been completed.

Result 4: Supervisor exhibits a high degree of understanding of MSHA handbooks, policy and procedures; makes regular mine visits, AA and FAR, at assigned mines in an effort to maintain good and open communication with miners, operators, and inspection personnel.

**Recommendation:  Proposed 14 day suspension**

DOL-OASAM-0144

**Failure to Discharge the Duties of your Position**

*[handwritten: Verified last regular insp. on RPOA?]*

*[handwritten: ask George]* Pg 25  Did not identify that UBB had not been inspected in its entirety during any of the previous six regular inspections.  Should have identified and documented.

Pg 25  Stated that he documented deficiencies he found with the inspection reports on FAR forms but did not conduct a FAR on the regular inspection reports he reviewed. *[handwritten: Field Activity Review  no requirement]*

- Coal Mine Safety and Health Supervisor's Handbook directs supervisors to review, on a daily basis, inspector work products, which include citations, orders, and inspection notes. *[handwritten: practical?]*

*[handwritten: ask George]* Pg 26  During second regular inspection of FY 10, (3 days before explosion) portion of Tailgate 22 belt, Tailgate 22 return air course, mined – out area between panel No. 1 crossover and North Glory Mains (Old 2 Section), evaluation point EP – 65 and No. 3 entry of evaluation point EP – LW3 ; Initialed inspector notes indicating they were reviewed but did not document that he reviewed the tracking map nor identify areas of the mine that were not inspected.  (MSHA says not enough reasonable time to conduct thorough review of inspection report and to direct inspectors to correct deficiencies before explosion)

*[handwritten: ✓]* Transcript pg 128  On January 12, 2010, an AR allowed an ROE trainee to travel to "3 unit" to terminate a citation.  Field office supervisor initialed these notes on January 20, 2010. *[handwritten: MSHA recommendation]*

*[handwritten: same as last bullet]*
- Pg 84 and Transcript Pg 26.  March 9, 2010, went with ventilation specialist to inspect the tailgate of the 1 North Longwall.  Identified a serious violation of the ventilation plan, they did not cite a violation of the roof control plan. Field office supervisor encourages CMI's to carry copies of the roof control ventilation plan but did not remember if ventilation specialist had a copy with him when they inspected the area.

*[handwritten: frequency of field not conducted right]* Pg 35  On April 2, 2010, field office supervisor completed a mine information form to update the TL rate and change the spot inspection frequency to a 5 – day schedule.  Informed <u>ADM</u>.  A spot inspection under the revised scheduled had not yet been conducted when the explosion occurred.  Should have remained in a 10 – day 103 (i) status.

*[handwritten: ✓]* MSHA recommendations – tailgate roof support

**Douglas factors:**
<u>Aggravating:</u>

- DF 1 – Failure to discharge the duties of the position is a serious offense. Because of failure to follow procedures and apply policies equitably, an ROE trainee was allowed terminate a citation, spot inspection frequency change and inspection not conducted; no FAR on regular inspection reports.
- DF 2 – Prominence of position.  Field Office Supervisor is a prominent position within the mining industry. Pg. 35 – Also, during the latter half of that month, District 4 transferred an experienced field office supervisor to fill the vacant Mt. Hope office supervisor position.

Confidential Agency Document
DLB-001169

- DF 8 – Notoriety of offense and its impact upon the reputation of the agency. Negative impact on agency reputation if the mining community were to know of the issues.
- DF 9 – Clarity of notice:
  - November 2009 – training for MSHA managers and supervisors, 1 week
  - Supervisor vigorously monitors the status of all inspections with daily two way conversations with the inspectors, office personnel, and all others that are involved in the inspection process.  FY 10 performance rating
  - Has developed short and long term plans that adhere to key agency policies as well as economic, social, and political trends.  FY 10 performance rating
  - He exhibits a high degree of understanding of MSHA handbooks, policy and procedures.  FY 10 performance rating
  - Makes regular mine visits, AA and FAR, in an effort to maintain good and open communication with miners, mine operators, and inspection personnel.  There are conducted in accordance with MSHA handbooks, policy, and procedural guidelines.   FY 10 performance rating

Mitigating:

- DF 3 – No active disciplinary action.
- DF 4 – Last two years of HE performance ratings.
- DF 5 – Coal still has confidence that he can perform satisfactorily in the future.
- DF 10 – Potential for rehabilitation.  Coal believes these same mistakes will not be repeated in the future.
- DF 11 – Mitigating circumstances:
  - Assigned to Mt. Hope in January 2010.
- DF 12 – Alternative sanctions.  Proposed 14 day is serious penalty and should deter such repeated conduct.

Not Applicable:

- DF 6 – No other field office supervisor being disciplined.
- DF 7 – DOL does not have a table of penalties.

DOL-OASAM-0146

Confidential Agency Document
DLB-001171

DOL-OASAM-0147

**Field Office Supervisor**
**Supervisory Coal Mine Safety and Health Specialist**

GS – 13, direct front line responsibility for Mt. Hope Field office in D 4

FY 10 – HE
FY 11 – HE

FY 10 – HE rating, Lincoln Selfe, rating official; Robert Hardman, DM, reviewing official.

Transferred to Mt. Hope field office 1/17/2010 – his team was responsible for UBB inspections in FY 10

**Organizational Performance Elements, FY 10 summary**

Leadership narrative: Supervisor vigorously monitors the status of all inspections with daily two way conversations with the inspectors, office personnel, and all others that are involved in the inspection process; open door policy allows problem solving, has developed short and long term plans; makes regular mine visits; this has prevented issues from by passing the field office.

Resource Management: Required adjusting priorities and manpower to meet deadlines and to gather mine specific information for requests from the district.

Coalition Building and Communication: No workplace disputes between the employees and supervisor.

Result 1: Supervisor believes in firm and fair enforcement; to reduce injuries and fatalities he has instructed the inspectors to use the appropriate level of enforcement when issuing citations and orders; he reviews all citations and orders issued by the inspectors, providing oversight to ensure consistency among his workgroup; inspectors instructed to make sure all citations/orders/safeguards are abated within the appropriate time frame; monitors due dates and holds the inspectors responsible for paperwork they issue; when citations/orders/safeguards have been found to be past due, the issuing inspector has been immediately assigned to return to the mine and investigate to ensure the abatement has been completed.

Result 4: Supervisor exhibits a high degree of understanding of MSHA handbooks, policy and procedures; makes regular mine visits, AA and FAR, at assigned mines in an effort to maintain good and open communication with miners, operators, and inspection personnel.

**Recommendation:  Proposed 14 day suspension**

**Failure to Discharge the Duties of your Position**

- Pg 25  Did not identify that UBB had not been inspected in its entirety during any of the previous six regular inspections.  Should have identified and documented.
- Pg 25  Stated that he documented deficiencies he found with the inspection reports on FAR forms but did not conduct a FAR on the regular inspection reports he reviewed.
- Coal Mine Safety and Health Supervisor's Handbook directs supervisors to review, on a daily basis, inspector work products, which include citations, orders, and inspection notes.
- Pg 26  During second regular inspection of FY 10, (3 days before explosion) portion of Tailgate 22 belt, Tailgate 22 return air course, mined – out area between panel No. 1 crossover and North Glory Mains (Old 2 Section), evaluation point EP – 65 and No. 3 entry of evaluation point EP – LW3 ; Initialed inspector notes indicating they were reviewed but did not document that he reviewed the tracking map nor identify areas of the mine that were not inspected.  (MSHA says not enough reasonable time to conduct thorough review of inspection report and to direct inspectors to correct deficiencies before explosion)
- Transcript pg 128  On January 12, 2010, an AR allowed an ROE trainee to travel to "3 unit" to terminate a citation.  Field office supervisor initialed these notes on January 20, 2010.
- Pg 84 and Transcript Pg 26.  March 9, 2010, went with ventilation specialist to inspect the tailgate of the 1 North Longwall.  Identified a serious violation of the ventilation plan, they did not cite a violation of the roof control plan. Field office supervisor encourages CMI's to carry copies of the roof control ventilation plan but did not remember if ventilation specialist had a copy with him when they inspected the area.
- Pg 35  On April 2, 2010, field office supervisor completed a mine information form to update the TL rate and change the spot inspection frequency to a 5 – day schedule.  Informed ADM.  A spot inspection under the revised scheduled had not yet been conducted when the explosion occurred.  Should have remained in a 10 – day 103 (i) status.
- MSHA recommendations – tailgate roof support

**Douglas factors:**
Aggravating:

- DF 1 – Failure to discharge the duties of the position is a serious offense.  Because of failure to follow procedures and apply policies equitably, an ROE trainee was allowed terminate a citation; spot inspection frequency change and inspection not conducted; no FAR on regular inspection reports.
- DF 2 – Prominence of position. Field Office Supervisor is a prominent position within the mining industry. Pg. 35 – Also, during the latter half of that month, District 4 transferred an experienced field office supervisor to fill the vacant Mt. Hope office supervisor position.

Confidential Agency Document
DLB-001173

DOL-OASAM-0149

- DF 8 – Notoriety of offense and its impact upon the reputation of the agency. Negative impact on agency reputation if the mining community were to know of the issues.
- DF 9 – Clarity of notice:
  - o November 2009 – training for MSHA managers and supervisors, 1 week
  - o Supervisor vigorously monitors the status of all inspections with daily two way conversations with the inspectors, office personnel, and all others that are involved in the inspection process. FY 10 performance rating
  - o Has developed short and long term plans that adhere to key agency policies as well as economic, social, and political trends. FY 10 performance rating
  - o He exhibits a high degree of understanding of MSHA handbooks, policy and procedures. FY 10 performance rating
  - o Makes regular mine visits, AA and FAR, in an effort to maintain good and open communication with miners, mine operators, and inspection personnel. There are conducted in accordance with MSHA handbooks, policy, and procedural guidelines. FY 10 performance rating

Mitigating:

- DF 3 – No active disciplinary action.
- DF 4 – Last two years of HE performance ratings.
- DF 5 – Coal still has confidence that he can perform satisfactorily in the future.
- DF 10 – Potential for rehabilitation. Coal believes these same mistakes will not be repeated in the future.
- DF 11 – Mitigating circumstances:
  - o Assigned to Mt. Hope in January 2010.
- DF 12 – Alternative sanctions. Proposed 14 day is serious penalty and should deter such repeated conduct.

Not Applicable:

- DF 6 – No other field office supervisor being disciplined.
- DF 7 – DOL does not have a table of penalties.

Confidential Agency Document
DLB-001174

**Administrator**

FY 10 – EX rating, Michael A. Davis, Deputy for Operations, rating official at plan establishment time; Greg Wagner, end of year rating official, Joe Main, reviewing official.

Received a bonus greater than 10% of his salary.

FY 11 – EX rating, Greg Wagner, rating official at plan establishment time; Pat Silvey, end of year rating official, Greg Wagner, reviewing official

Result 2:  Stresses innovation, creativity and risk – taking.

Encouraged and empowered but not micro managing his HQ division chiefs and field DM's to be creative with their efforts to manage their programs, e.g. developing slogans for winter alter, stickers for coal miners emphasizing various hazards, developing and disseminating safety and health flyers, etc

Giving numerous personnel opportunities to "act" or be temporarily promoted into positions outside their area as a result of a drain on resources due to UBB investigations.

Result 5:  rotating personnel, this ensured that his districts had resources to meet the mandated inspections.

Result 5:  Communication and morale – practicing an open door policy and brainstorming session empowering employees to share ideas

Routinely holding conference calls with district personnel to encourage and promote their efforts in support of the Agency's mission.

Standard 1:  5 % reduction in FY 10 from the average number of fatalities for FY 2005 – FY 2009.  Status of citations issued is monitored for timeliness of abatement. Performance will be measured by the degree to which the District is able to terminate citations within the period established by policy for abatement, hazard condition complaints are timely processed, conferences and contested cases are handled appropriately, 105(c) and 110 cases have been timely investigated and mine plan approvals are evaluated in a timely matter.  Progress will be measured by using a variety of reports.

- CMS&H were the sole authors or co-authors on 24 S & H information bulletins and instruction letters.  Examples include, crushing hazard on battery powered scoops, exam of electrical underground coal mine equipment, and inadequate ventilation.

Standard 2:  The incumbent demonstrates the use of the MSHA key indicators and other reports in the daily managerial decision – making process, demonstrates an understanding

DOL-OASAM-0151

of the root causes for variances, accounts for their and remedy and where applicable shares best practices with relevant MSHA employees. The incumbent must ensure that the completion rate of all E01 inspections is 100%. Exception to this only may granted if the incumbent can demonstrate supporting aberrations beyond the control of the incumbent's management ability that prevented 100 % completion. The completion rate of all E01 inspections at 100% will be for all coal mines nationwide.

- Indications of lacking oversight were addressed at the highest levels of the district, to ensure that the DM was aware that ultimately he/she was responsible for the expectations he/she put on the district personnel.
- To achieve 100 % completion, redistribution of personnel primarily to D 8 and D 9 were necessary.

Standard 3: Focused inspections are used to target the most egregious and persistent violators; conduct special emphasis respirable coal mine dust and noise inspections in FY 2010; continually review noise controls in situations of continuing non – compliance to determine if all feasible noise controls have been applied; revise and improve coal mine dust related inspections based on lessons learned in the "Dust Busters" effort; conduct quarterly reviews of sampling data; initiate systemic reviews of the quality of dust controls in approved mine ventilation and dust control plans during the six month review of the plans to foster continuous improvement.

Standard 4: required mine visits are made; repeat audit findings are reduced or eliminated, personnel are trained as necessary, field activity and second level reviews are completed, deficiencies are timely addressed; there is consistency in citations/orders issues, hazard condition complaints are processed following SOP's conferences and contested cases are not modified or vacated at an unreasonable rate; 105 (c) and 110 cases have been investigated in accordance with the handbook, policies and procedures and mine plan approvals are evaluated accurately and thoroughly.

Provides the necessary leadership and resources to ensure openness, transparency and timely disclosure when responding to all FOIA's.

Strategies and initiative support the Agency's commitment in assuring that miners are free to exercise their legal right to identify hazardous conditions and request Agency inspections without discrimination by overseeing the programs designed to empower miners to request and receive appropriate Agency response and protection.

Provide liaison support and coordination with the DOL for COOP activities and provide executive leadership by assigning appropriate resources for COOP implementation within he Agency.

- CMS&H attained its goal of completing 100 % of the mandatory S & H inspections for FY 2010. This is the third year CMS&H has reached this accomplishment.

- Continued to monitor inspection data and the level of consistence in inspections. Audits were conducted and discrepancies were corrected.

**Recommendation – Letter of Reprimand**
**Failure to Discharge the Duties of your Position**

- Has responsibility for all districts. See specifics below that occurred in FY 10.

**Douglas Factors:**
Aggravating:

- DF 1 – Failure to discharge the duties of the position is a serious offense. He has responsibility for all districts and personnel. Issues in need of correction were not addressed expeditiously and errors were made. Checklists were used that were not developed by HQ; not all roof control plans were forwarded to Tech Support as necessary; condoned the ADM not following Handbook directions for three second level reviews. Specifically, in one review ADM did not identify that one of the FAR's was conducted on an incomplete event. One second level review was not signed by the DM. Another review did not indentify that two AA's were conducted on the same day for the same inspector. Failed to follow through or have conversations with individuals on the issues in the field. Appears a lot of reports were reviewed and emails sent. Encourages and empowers the field.
- DF 2 – Prominence of position. Administrator is the most prominent position. Has contact with the public and media. Accompanies Secretary Solis and various congressional members on mine visits.
- DF 8 – Notoriety of offense and its impact upon the reputation of the agency. Negative impact on agency reputation if the mining community were to know of the issues.
- DF 9 – Clarity of notice. According to performance ratings, he was aware of agency polices and procedures.
    - Routinely holds conference calls with district personnel to encourage and promote their efforts in support of Agency's mission. FY 10 performance rating.
    - Monitors the timely investigation and resolution of hazardous conditions reported. FY 10 performance rating.
    - CMS&H were the sole authors or co-authors on 24 Safety/Health Information Bulletins and Instruction Letters.
    - Addressed lack oversight at the highest levels of the district to ensure DM was aware that they were ultimately responsible for the expectations on district personnel. FY 10 performance rating.

Mitigating:

- DF 3 – No active disciplinary action.
- DF 4 – Last two years of EX performance ratings.

Confidential Agency Document
DLB-001177

DOL-OASAM-0153

- DF 5 – Coal still has confidence that Administrator can perform satisfactorily in the future.
- DF 10 – Potential for rehabilitation.  Coal believes these same mistakes will not be repeated in the future.
- DF 11 – Mitigating circumstances:
  - Less experienced Deputy Administrator from April 2009 – September 2010, placed greater responsibility on Administrator.
  - Became the face and voice of MSHA during UBB as the world watched the rescue/recovery efforts. FY 10 performance rating.
  - Key Indicator reports continued to indicate that D4 was too large for their enforcement activities.  Continued to push to split D4.
- DF 12 – Alternative sanctions.  Proposed 30 day is serious penalty and should deter such repeated conduct.

Not Applicable:

- DF 6 – No other roof control supervisor being disciplined.
- DF 7 – DOL does not have a table of penalties.

**Deputy Administrator**

GS – 15, Acting Deputy Administrator from April 2009 – September 2010; became Deputy Administrator on September 26, 2010.

Direct front line responsibility for all districts.

FY 09 – EX
FY 10 – HE
FY 11 – HE

FY 10 – HE rating, Kevin Stricklin, Administrator, rating official; Greg Wagner, reviewing official.

## Organizational Performance Elements, FY 10 summary

Standard 1 (same as Administrator): 5 % reduction in FY 10 from the average number of fatalities for FY 2005 – FY 2009.  Status of citations issued is monitored for timeliness of abatement.  Performance will be measured by the degree to which the District is able to terminate citations within the period established by policy for abatement, hazard condition complaints are timely processed, conferences and contested cases are handled appropriately, 105(c) and 110 cases have been timely investigated and mine plan approvals are evaluated in a timely matter.  Progress will be measured by using a variety of reports.

Standard 2 (same as Administrator):  The incumbent demonstrates the use of the MSHA key indicators and other reports in the daily managerial decision – making process, demonstrates an understanding of the root causes for variances, accounts for their and remedy and where applicable shares best practices with relevant MSHA employees.  The incumbent must ensure that the completion rate of all E01 inspections is 100%.  The Exception to this only may granted if the incumbent can demonstrate supporting aberrations beyond the control of the incumbent's management ability that prevented 100 % completion.  The completion rate of all E01 inspections at 100% will be for all coal mines nationwide.

Standard 3 (same as Administrator): Focused inspections are used to target the most egregious and persistent violators; conduct special emphasis respirable coal mine dust and noise inspections in FY 2010; continually review noise controls in situations of continuing non – compliance to determine if all feasible noise controls have been applied; revise and improve coal mine dust-related inspections based on lessons learned in the "Dust Busters" effort; conduct quarterly reviews of sampling data; initiate systemic reviews of the quality of dust controls in approved mine ventilation and dust control plans during the six month review of the plans to foster continuous improvement.

Standard 4: Mine visits are made; repeat audit findings are reduced or eliminated, personnel are trained as necessary, field activity and second level reviews are completed,

deficiencies are timely addressed; there is consistency in citations/orders issues, hazard condition complaints are processed following SOP's conferences and contested cases are not modified or vacated at an unreasonable rate; 105 (c) and 110 cases have been investigated in accordance with the handbook, policies and procedures and mine plan approvals are evaluated accurately and thoroughly.  Serves on or oversees employees who serve on rulemaking committees to assure timely promulgation of regulations listed in the Agency's semi annual agenda affecting CMS&H.

B. Resource Management:

- Was in charge of supervisor, ADM, and DM details during FY 2010.

#7 Using Key Indicators:

- Has greatly assisted the districts to assure that 100 % inspection completion rates are accomplished nationwide by balancing both inspector resources and supervisors and managers and assigning them as necessary.  Inspection enforcement, presence, and coverage have increased while 100 % of inspection completers have still been achieved.

Recommendation:  Proposed 30 day suspension
Failure to Discharge the Duties of your Position

- Has responsibility for all districts.  See specifics below that occurred in FY 10.
- Manages District program areas for quality and performance.  FY 10 performance rating.

Douglas Factors:
Aggravating:

- DF 1 – Failure to discharge the duties of the position is a serious offense.  He was in charge of supervisor, ADM, and DM details during FY 10 as well as had direct responsibility for all districts.  Because of failure to follow procedures and apply policies equitably errors were made; checklists were used that were not developed by HQ; not all roof control plans were forwarded to Tech Support as necessary; condoned the ADM not following Handbook directions for three second level reviews.  Specifically, in one review ADM did not identify that one of the FAR's was conducted on an incomplete event.  One second level review was not signed by the DM.  Another review did not indentify that two AA's were conducted on the same day for the same inspector. Failed to follow through or have conversations with individuals on the issues in the field.  Appears a lot of reports were reviewed and emails sent.
- DF 2 – Prominence of position.  Director, Office of Accountability and Deputy Administrator are prominent positions.  Has contact with the public.

DOL-OASAM-0156

- DF 8 – Notoriety of offense and its impact upon the reputation of the agency. Negative impact on agency reputation if the mining community were to know of the issues.
- DF 9 – Clarity of notice.  According to performance ratings, he was aware of agency polices and procedures.
  - While in the Office of Accountability, suggested to Administrator and EFD Director that EFS specialists present handouts underground at all of Coal's 103(i) spot mines.  This had a positive impact on rockdusting, permissibility, work place examinations, and ventilation best practices. FY 09 performance rating.
  - Was promoted to a GS – 14 roof control specialist in 2005.  Served on interview panel for roof control specialists.  FY 10 performance rating.
  - Share root cause of accidents in the field with DM's.  FY 10 performance rating.
  - Scheduled quarterly DM meetings to disseminate information, policy, and regulation changes.  FY 10 performance rating
  - Review and comment on Congressional inquiry response letters and memorandum, directives, PIL's, PPL's, PIBS, portions of handbooks, policy manuals, accident emphasis information, and related correspondence.  FY 10 performance rating.
  - Involved in several briefings/discussions with RSOL/SOL regarding recommendations related to accident investigations, enforcement actions or proposed violations, or violations in contest, where RSOL/SOL was not in agreement with Coal's positions.  FY 10 performance rating
  - Stayed abreast of rulemaking and offered support to the DOH concerning Dust Busters and problematic operators/MMU.  FY 10 performance rating.

<u>Mitigating:</u>

- DF 3 – No active disciplinary action.
- DF 4 – Last two years of HE performance ratings.
- DF 5 – Coal still has confidence that Deputy Administrator can perform satisfactorily in the future..
- DF 10 – Potential for rehabilitation.  Coal believes these same mistakes will not be repeated in the future.
- DF 11 – Mitigating circumstances:
  - From April 2009 through December 2009, while detailed to Coal, accepted constructive criticism and learned from his mistakes.  FY 09 performance rating.
  - Carried out Administrator's recommendation that specialists work 50 % of available time dedicated to E01's and E02's.  FY 10 performance rating.
  - Met with Administrator almost daily to share updates on issues, enforcement, and correspondence.  FY 10 performance rating.
  - Problems with Bowie Mine were brought to HQ attention.  Made mine visits to assess conditions.  FY 10 performance rating.  Leads me to

Confidential Agency Document
DLB-001181

believe that if he knew of UBB problems he may have conducted site visits.
  - o  Visited some districts in 2010 but not D4.  FY 10 performance rating.
  - o  Not converted to SES until September 2010.
- DF 12 – Alternative sanctions.  Proposed 30 day is serious penalty and should deter such repeated conduct.

Not Applicable:

- DF 6 – No other Deputy being disciplined.
- DF 7 – DOL does not have a table of penalties.

Confidential Agency Document
DLB-001182

DOL-OASAM-0158

**Roof Control Supervisor**
**Supervisory Mine Safety and Health Specialist**

GS – 13, direct front line responsibility for roof control in D 4

FY 09 – HE
FY 10 – HE
FY 11 – HE

FY 10 – HE rating, Richard Kline (now retired) rating official; Robert Hardman (now retired) reviewing official.

## Organizational Performance Elements, FY 10 summary

Leadership narrative: He is confident and knowledgeable; long and short range goals to utilize the grossly understaffed group; organized the roof control group & efficiency is excellent; his leadership of the group follows policy and other trends in the industry; he is good at anticipating problems and keeping the proper perspective between the inspection groups and the technical work group

Resource Management: He demonstrated his ability to effectively use the specialists assigned to his work group. He keeps management apprised of his group resources. In spite of this shortcoming, has continued to push the specialists to do quality work. He has trained them properly, assessing them, and keeping their morale at a high level.

Coalition Building and Communication: He continually talked with the CMI's, supervisors, and ADM's to forge an understanding of the plans and procedures that are being submitted now. His communications are understandable and clear. He keeps his staff aware of the changes going on in the District and their extent of authority. He promotes an open atmosphere for all specialists to communicate with the district staff at all levels

Result 1: His group had few violations past due

Result 2: Good planning to enable proper use of the specialists

Result 3: He demonstrates each day the technical expertise that he uses in reducing the problems in the district mines. Each plan is given proper evaluation with hardly any technical issues and few mistakes. His technical knowledge shows in getting the plans evaluated properly and according the applicable regulations.

Result 4: He coaches his staff to get the standard evaluation of all the plans. All plan approvals were done technically correct. The manager makes quarterly visits to the field offices and makes on – site safety inspections of the offices;

Confidential Agency Document
DLB-001183

DOL-OASAM-0159

**Recommendation:  Proposed 30 day suspension**
**Failure to Discharge the Duties of your Position**

- Pg 147 & MSHA recommendation notes.  Said that he began using checklists for plan reviews immediately after receipt of CMS&H Memos HQ – 08 – 058 – A and 059 – A.  Copies of checklists were not in district records.
- Pgs 147 and 149  Did not maintain tracking sheets in the roof control department working files for some UBB submissions during the review period.  No tracking sheet attached to the 2008 plan.
- Pg 147 and 149  Did not meet 30 day turn around for roof control plans; said 30 days was not realistic; backlog of plans.
- Pgs 147, 148  HQ checklists similar to D4 checklists   Used checklists for plan reviews that were not developed by HQ for use in the field.
- Pg 148  Approved four supplements to the 2005 base plan even though the roof control plan approval SOP in D4 stated that "no more than three supplements will be permitted on an approved plan before they are incorporated into an updated plan."  D4 reviewed the proposed base plan for nearly nine months before denying approval on February 17, 2009.  During that time, D4 approved three additional supplements to the October 2005 base plan.
- 2009 UBB plan was not forwarded to MSHA Tech Support even though the conditions met the guidelines specified in the PIL No. I08 – V – 02.
- Pg 151  There is no indication that he inspected the area or asked his staff to do so.  Inspectors and specialists told roof control department that there was some floor heave and rib sloughage in the longwall headgate and stoppings were crunching out between entries in the headgate.  Roof control supervisor said these issues are not uncommon for any longwall sections and potential pillar failure was not reported or indicated by other reports from MSHA personnel.
- MSHA recommendation notes.  Pillar stability analysis

**Douglas Factors:**
   Aggravating:

- DF 1 – Failure to discharge the duties of the position is a serious offense.  Because of failure to follow procedures and apply policies equitably checklists were used that were not developed by HQ; not all roof control plans were forwarded to Tech Support as necessary; did not follow D4 SOP's on supplements
- DF 2 – Prominence of position.  Roof Control Supervisor is a prominent position within the mining industry.  He is regarded as an expert in his field.
- DF 8 – Notoriety of offense and its impact upon the reputation of the agency.  Negative impact on agency reputation if the mining community were to know of the issues.
- DF 9 – Clarity of notice.  According to performance ratings, employee was aware of agency polices and procedures.
    - He is a technical expert in roof control.  FY 09 performance rating
    - Use of Tech Support on problem mines aided in using his resources.  FY 09 performance rating

Confidential Agency Document
DLB-001184

DOL-OASAM-0160

- Provided technical expertise to SOL during depositions and hearings involving roof control violations. FY 09 performance rating
- Has long and short range goals to utilize the grossly understaffed group. His planning in long and short time goals is consistent with agency mission. His leadership of the group follows policy and other trends in the industry, FY 10 performance rating
- Continued to push the specialists to do quality work. He has trained them properly, assessing them, and keeping their morale high. FY 10 performance rating
- Continually talked with the CMI's, supervisors, and ADM's to forge an understanding of the plans and procedures that are being submitted now. His communications are clear and understandable. He promotes an atmosphere for all specialists to communicate with the district staff at all levels. FY 10 performance rating
- He has a quick grasp of new rules and policies, and applies them across the board. His inspection experience has helped his group understand the problems at the mines. He teaches and coaches his specialists so they have an understanding of the policy. FY 10 performance rating
- Has good planning to enable proper use of specialists. FY 10 performance rating.
- Is a good supervisor. FY 10 performance rating
- Coaches his staff to get the standard evaluation of all the plans. All plan approvals were done technically correct. FY 10 performance rating
- SOL utilized his expertise on several legal cases which were all settled in a positive manner in MSHA's favor. FY 11 performance rating
- An effective engineer with exceptional skills in problem solving. He is an excellent communicator and utilizes his data gathering skills to fully understand situations before developing well though out and calculated solutions. FY 11 performance rating

<u>Mitigating:</u>

- DF 3 – No active disciplinary action.
- DF 4 – Last three years of HE performance ratings.
- DF 5 – Coal still has confidence that he can perform satisfactorily in the future..
- DF 10 – Potential for rehabilitation. Coal believes these same mistakes will not be repeated in the future.
- DF 11 – Mitigating circumstances:
  - Pg 149  SOP did not require D4 to maintain checklists in the roof control department.
  - Pg 150  Said he did not receive a copy of CMS&H Memo HQ – 08 – 058 – A. Memo addressed to all DM's and ADM's.
  - Roof control supervisor's group had few violations past due. FY 10 performance rating
- DF 12 – Alternative sanctions. Proposed 30 day is serious penalty and should deter such repeated conduct.

Confidential Agency Document
DLB-001185

<u>Not Applicable:</u>

- DF 6 – No other roof control supervisor being disciplined.
- DF 7 – DOL does not have a table of penalties.

Confidential Agency Document
DLB-001186

DOL-OASAM-0162

Confidential Agency Document
DLB-001187

DOL-OASAM-0163

<u>Field Office Supervisor – Tailgate Roof Support</u>

**Issue:** Page 19 of the base roof control plan submitted by the operator on October 27, 2009, and approved by the District Manager on December 23, 2009, required the tailgate travelway of initial longwall panels to have supplemental support in the form of two rows of 8-foot long cable bolts or two rows of posts on 4-foot centers installed in the middle of the entry between primary supports. This supplemental support was required to be maintained 1,000 feet outby the longwall face at all times. The MSHA Accident Investigation team found there was only one row of supplemental support in the tailgate travelway as opposed to the two required in the approved plan.

On March 9, 2010, the Field Office Supervisor and a ventilation specialist inspected the tailgate of the 1 North Longwall at UBB. While the ventilation specialist and the Field Office Supervisor identified a serious violation of the ventilation plan and issued an order for that condition, they did not cite a violation of the roof control plan.

The Field Office Supervisor documented that he reviewed the Uniform Mine File (UMF) on January 28, 2010, before accompanying an inspector who was conducting a section 103(i) spot inspection at UBB. The date stamp on the approval letter shows that the roof control plan was filed in the UMF on January 20, 2010.

The Field Office Supervisor told the Internal Review team that he believed UBB was in compliance with all provisions of the approved plan, but stated that he could not recall if posts or cable bolts had been installed in the tailgate entry.

The Field Office Supervisor also provided information during an interview on the distribution and filing of plan revisions within the field office. He stated copies are provided to him and the inspector assigned to that particular mine and another copy is placed in the UMF.

**Supporting Documentation:**

- Copy of December 23, 2009, roof control plan approval letter showing the approved roof control plan was filed in the UMF on January 20, 2010 (Approval Letter for RC Plan.pdf)
- Page 19 of the approved roof control plan (RC Plan Page 19.pdf)
- UMF certification sheet showing that the Field Office Supervisor reviewed the UMF on January 28, 2010, for a section 103(i) (E02) spot inspection. (Field Office Supervisor – Tailgate Travelway.pdf)

- Pages from the Field Office Supervisor's transcript that discuss roof support in the tailgate travelway and how plans are distributed in the field office.  (Field Office Supervisor – Tailgate Travelway.pdf)

- Ventilation Specialist's notes indicating that the Field Office Supervisor traveled with him in the 1 North Longwall tailgate travelway on March 9, 2010.  (Field Office Supervisor – Tailgate Travelway.pdf)

- There were no notes from the Field Office Supervisor for March 9 provided to the IR team.

**Mitigating Factors:** The single row of posts would have complied with the 2005 roof control plan tailgate travelway requirement but not with the requirement in the 2009 approved plan in effect at the time of the explosion.

Confidential Agency Document
DLB-001189

DOL-OASAM-0165

*Attachment #2*

**U. S. Department of Labor**

Mine Safety and Health Administration
100 Bluestone Road
Mount Hope, WV  25880-1000

UNDERGROUND MINE FILE

DATE FWD. 1/5/2010
INITIALS (/0

**DEC 23 2009**

Mr. Berman Cornett
Safety Director
Performance Coal Company
P.O. Box 69
Naoma, WV  25140

Dear Mr. Cornett:

Subject:    Update of the Roof-Control Plan, Upper Big Branch Mine- South,
I.D. No. 46-08436, Performance Coal Company, Montcoal, Raleigh
County, West Virginia, Permit No. 4-RC-11-94-12307-12

Your roof-control plan, received on October 27, 2009, has been reviewed and is
approved.  This approval is based upon a District review of the roof conditions
and roof-control practices in the mine by representatives of the Mine Safety and
Health Administration, and includes any changes made by you at that time.

Should you have any questions concerning your roof-control plan, please contact
Don Winston at this office, (304) 877-3900, Extension 130.

Sincerely,

*Robert G. Hardman*

Robert G. Hardman
District Manager
Coal Mine Safety and Health, District 4

MSHA
MOUNT HOPE, WV

JAN 06 2010

RECEIVED
MOUNT HOPE FIELD

Enclosure

cc:    State Inspector-at-Large, Oak Hill Division (1 encl.)
Mount Hope Field Office (3 encl.)
Lee Barker (1 encl.)
Files/cls

FIELD MINE FILE

DATE FILED  1/20/10
INITIALS  g

Confidential Agency Document
DLB-001190

DOL-OASAM-0166

# ROOF CONTROL PLAN DIAGRAM NO. 9
### SUPPLEMENTAL SUPPORT IN TAILGATE ENTRY



□ Primary Roof Support
△ Cable Bolt or Post

In Longwall development entries of initial longwall panels, the Tailgate Entry will have supplemental support in the form of two (2) 8' Cable Bolts or Posts installed between primary support.

This supplemental support shall be maintained 1000' outby the longwall face at all times.

PERFORMANCE COAL COMPANY, INC.
UPPER BIG BRANCH MINE
MSHA ID NO. 46-08436   WV State # U-3042-02

ROOF CONTROL PLAN DIAGRAM NO. 9
SUPPLENTAL SUPPORT IN TAILGATE ENTRY

DATE: 10-27-06          SCALE: 1" = 10'

PAGE 19

Confidential Agency Document
DLB-001191

DOL-OASAM-0167

Supervisor/Accountability Review
Certification

U. S. Department of Labor
Mine Safety and Health Administration

1. Mine ID Number

2. Mine Name

3. Company Name

| Date Reviewed | Reviewer(s) Name | Division/Office | Date Mine File Last Reviewed by Inspector | Comments (missing documents, obsolete data, etc.) |
|---|---|---|---|---|
| 7/22/09 | | MT Hope | 7/15/09 | EO: |
| 7/22/09 | | (/ | 7/22/09 | EO: |
| 10-6-9 | | (/ | 10-2-9 | EO: |
| 1-28-10 | | (/ | 10-2-9 | EO: |
| 4-6-10 | | (: | 4-6-10 | E-09 Reviews |
| 8-7-10 | | | 8-4-10 | EO1 — Reviews |
| 10-25-10 | | Mt Hope | 7-5-10 | Health Plan Reviewd — missing Gen. Dust Plan Reviewd |

MSHA Form 2000-139, July 92 (revised)

Confidential Agency Document
DLB-001192

DOL-OASAM-0168

Field Office Supervisor
6-15-2011   Session 1                    24

1   place.

2       Q:   What would that be based on?  So many accidents per

3   year or what?

4       A:   It may be based on a current accident, something that

5   has happened whether it be a severe accident or

6   [unintelligible].

7       Q:   Okay.  Is there a - okay.  There's more - is there a

8   particular number of mines that Part 50 is done in District 4

9   per year or per quarter or anything like that?  I mean, to the

10  best of your knowledge.

11      A:   I don't know if there is a specific number that is

12  [unintelligible] Part 50.

13      Q:   Okay.

14      A:   [Unintelligible]

15      Q:   Okay. Have you ever had any conducted in your

16  workgroup?

17      A:   Yes.

18      Q:   Okay.  What was they conducted for?  Was it a fatal

19  accident or an accident?

20      A:   Best of my knowledge, it was a, it was a combination,

21  I think, of both.  I, I think something that occurred that

22  [unintelligible] to us and then…

23      Q:   Okay.  Alright, we're going to go back to the mine.

24  Now, after Big Branch, I'm going to give you some notes that

25  Keith Sigmon, an inspector, done on March the 9th, 2010.  And you

Confidential Agency Document
DLB-001193

25

1  traveled with him and that's why, why I'm giving this with you

2  also.  And he traveled up the tailgate of the longwall.  I've

3  got a few things highlighted, but you're welcome to look at

4  these as much as you want to.  This was during an EO1

5  inspection.

6      A:  Uh-huh.

7      Q:  You doing alright?  You need a break or anything?

8      A:  I'm fine.

9      Q:  Alright.  What we want to ask you about that, Tom, and

10 if you looked far enough yet, you and _____ traveled the, the

11 longwall tailgate that day from outby towards the longwall face.

12 Describe how the tailgate was inspected for compliance with 228

13 - 75.228 which was the roof control plan.

14     A:  You were trying to the tailgate?

15     Q:  Yes, sir.  How was the tailgate inspected for

16 compliance with the roof control plan that day?  And I - you can

17 say as far as any - what, what type of roof control was supposed

18 to be in the longwall tailgate that day?  How did you ensure

19 that it matched what the plan stated was required?

20     A:  The best of my knowledge have been it - it was a -

21 everything was, was according to the plan that day there.  Best

22 of my knowledge.

23     Q:  I want to give you a copy of out of the roof control

24 plan base 5 that was approved late December of 2009 and it's -

25 there's four grounds there.  Be different ones for different

1    things for the way the longwall will be set up – the longwall

2    tailgate.   And what this is, is the supplemental support that's

3    required in it.   And again, do you remember if all the

4    supplemental support that was required in the tailgate, was it

5    installed in the tailgate on March the 9th, 2010?   I understand

6    that's been well over a year now.

7        A:   I don't recall whether it's the supplementary support

8    like [what I'm –] was in place.   But we did travel that area.

9        Q:   Okay.   The supplemental support would either have been

10   some kind of additional cable bolts or would have been a post

11   standing.   Do you remember seeing any posts?

12       A:   I don't recall a post.

13       Q:   Okay.   Do you remember any – ever crossing any cable

14   bolts?

15       A:   No.

16       Q:   Additional bolts is required as, as shown, I think

17   it's the second page is what I just gave you.

18       A:   Yeah.   I, I, I don't recall.

19       Q:   Okay.   Like I said that has been a long time ago.   Do

20   you or do you encourage the inspectors that you travel with to

21   generally carry a copy of the roof control ventilation plan,

22   whatever that may be…?

23       A:   Yes.

24       Q:   …applicable to what they're doing that day?

25       A:   Yes.

*ventilation specialist*                                                      27

1    Q:   Do you know if ▮▮▮▮ had a copy of it with him?

2    A:   No, I don't.

3    Q:   Okay.  We'll move on to another subject then? Unless

4    wanting to look or think some more about that that's fine.

5    We'll not rush you a bit.

6    A:   I'm fine.

7    Q:   Okay.  Just generally, maybe, can you tell me what

8    training you've had or given on 75.37(a)(1) - that's the

9    ventilation plan - but the part of it necessarily concerning

10   dust control parameters.  I know that may be a broad topic but

11   the ventilation plan requires certain dust control parameters

12   being in it whether it's outby to control dust at transfer

13   points, [unintelligible] you know whatever or even on the

14   section on equipment or, you know, continuous manner as

15   longwalk, can you just generally say what training that you've

16   had or even given to your inspectors on enforcing that part of

17   the ventilation plan?

18   A:   I'm trying to understand the question.

19   Q:   I know it is a broad, broad topic.  One of concerns

20   that, that we're looking at - or not, we're really looking at -

21   they have teams also looking at, is the dust control of - for

22   float dust along belt lines, water sprays possibly in head

23   drives or something.  What training have you had or have you

24   given concerning dust control parameters?  We're moving a lot

25   down even to that along the belt drives along the belt lines.

Field Office Supervisor Interview

12-1-2010

70

1    A:  Yes.

2    Q:  Do they ever have a reason to review UMF books that are

3  kept in the Mount Hope Field Office?

4    A:  Yes.

5    Q:  Do they come to the field office to do that?

6    A:  Yes.

7    Q:  Okay.  As far as the supervisor, when do you review the

8  UMF?

9    A:  I -- I try to review them during the whole quarter and,

10  if I'm traveling with the person, I'm traveling with a certain

11  inspector, I review that.  So I try to review then with them the

12  whole quarter.

13    Q:  Tell me about your review as a supervisor.  What do you

14  do as far as the UMF's are concerned?

15    A:  As far as the --

16    Q:  -- Uniform Mine File.

17    A:  -- Uniform Mine File?

18    Q:  Tell me about your review.

19    A:  It's just that -- my review is the same as the

20  inspector's review.  I look at the plans, I look at the

21  ventilation, I look at the roof control, the waivers, the

22  safeguards, and then make sure that he has signed it, showing

23  that he has reviewed it.

24    Q:  Do you ever find any inaccuracies?

25    A:  Do I ever find any?

Confidential Agency Document
DLB-001197

DOL-OASAM-0173

71

1    Q:  Yeah.

2    A:  Yes, on occasions you do, yes.

3    Q:  Okay.  How do you document your --

4    A:  How do I document it?  I -- I'd sign that I have

5 reviewed it and -- and issue a date when the inspector himself

6 has reviewed it, you know.

7    Q:  Do you have any sort of checklist, say from Mine Plan

8 Approval Database, to compare against the UMF to make sure

9 everything's in it?

10    A:  Do I have a -- do I have a what, a sheet that I go by?

11    Q:  Some sort of a checklist --

12    A:  No, I don't.

13    Q:  -- to make sure everything's in there?

14    A:  No.  No.  Not other than just the order that it's set up

15 which the Uniform Mine File is tabbed to, you know, that each and

16 every document that should be in there, whether it be safeguards

17 or --

18    Q:  How would you know if a supplement to the ventilation

19 plan was missing?

20    A:  How would I know that it was missing?

21    Q:  Uh-huh.

22    A:  Most of the time, revisions and supplements come through

23 and I have to sign-off on them, and a copy comes to me and a copy

24 goes to also the inspector that's at that particular mine, and

25 then a copy of that is -- is placed into the Uniform Mine File.

Confidential Agency Document
DLB-001198

DOL-OASAM-0174

72

1    Q:  So, say ten months go by after that --

2    A:  Uh-huh.

3    Q:  -- and you're reviewing the Uniform Mine File, how would

4 you know that that document that you saw ten months earlier was

5 missing from the file?

6    A:  If it was missing?

7    Q:  Uh-huh.  You'd just be going from memory?

8    A:  Yeah.  But like I said, again, the specialist would --

9 the system that -- that we are trying to use is that the

10 specialists will come up and whatever is obsolete, they'll --

11 they take it out of the mine file book and everything that's in

12 there is current.  So ever so often -- what I've seen, ever so

13 often the ventilation man or the roof control, they -- they will

14 come up and go over the mine file books.

15    Q:  So do they pull the information out or do they have the

16 secretary do it?

17    A:  No.  They do it themselves.

18    Q:  Do it themselves?

19    A:  Uh-huh.

20    Q:  And then what do they do?  Who do they inform when they

21 take that information out of the Uniform Mine File?

22    A:  They -- once they -- once they go over it and go through

23 the mine file book, and things that's updated they -- the things

24 that are obsolete they take them out, the old.  So that, you

25 know, we know that they're doing it, we know that they're going

73

1  to at the time.  It's not like they --

2     Q:  How do you know what they took out or put in?

3     A:  How do I know?  I don't know what they -- what they took

4  out or put in per se.

5     Q:  Do you know of any requirements?

6     A:  I know that they're required -- I know that they -- they

7  do an update of it for us.

8     Q:  What documentation is required for them when they do

9  that?

10    A:  What documentation is required for them?

11    Q:  Uh-huh.

12    A:  None that I know of.

13    Q:  How do you know when to remove a document if you're

14  doing the review?

15    A:  I, myself, don't remove it.  I haven't removed it.

16    Q:  ▓▓▓▓ I've been -- we've been told by several of the

17  inspectors that the field office secretary adds and removes a lot

18  of documents from the UMF.  Do you know of instances where the

19  field office secretary has any involvement in adding or removing

20  documents from the UMF?

21    A:  If -- if she adds and removes, there are -- there are

22  things that she -- that she puts in there, as far as what's

23  ongoing, what's current, what revisions are made.  She is

24  responsible to put those in there.

25    Q:  Are you aware of everything that she puts in there and

74

1  takes out?

2      A:  No, I'm not aware of that, what she puts in and takes

3  out.  No, I'm not aware of everything she puts in and takes out.

4      Q:  Are the inspectors aware of what she puts in and takes

5  out?

6      A:  I don't think they're aware of everything that she puts

7  in and that she takes out.

8      Q:  So if there's a plan change that comes in through the

9  middle of the quarter at some point, and you're not aware of it

10  and the inspectors are not aware of it, then how is the inspector

11  able to inspect adequately?

12      A:  Let me say this:  Any plan, revision of plan that comes

13  in, I get a copy of it and also the inspector get a copy of it.

14  So if there's a new plan or anything, a revision made, I get a

15  copy, the inspector also gets a copy of it, and a copy of it is

16  placed into the mine file by the secretary.

17      Q:  Okay.  So you --

18      A:  And I don't think that she -- she doesn't remove

19  anything out without -- without seeing that, you know, on her

20  own, just take the initiative on her own just to take a plan out.

21  No, I don't -- I'm not aware of that.

22      Q:  So then the answer to the previous question is, you do

23  know what goes in and --

24      A:  Yes.

25      Q:  -- out of the mine file?

Confidential Agency Document
DLB-001201

DOL-OASAM-0177

75

1    A:  Yeah.  Yeah.  I sign off on it and I -- yes.

2    Q:  Does she only give a copy of the change to the lead AR?

3    A:  To the lead AR?  To the person that's at that mine, yes.

4 Yes.

5    Q:  What about another inspector who has -- helps out on the

6 EO1 from time to time or does EO2's that's already reviewed the

7 file that quarter, but he's not the lead AR?  Would he get a copy

8 of it?

9    A:  He may -- he may get a copy and then me may not, but

10 he's made aware of any changes that have been made.

11    Q:  How is he made aware of it?

12    A:  Through the inspector that has the -- that keeps the

13 files on his inspections that he's done.

14    Q:  So it is just -- is it a practice then that they always

15 check with that inspector before they help out or how do they do

16 that?

17    A:  Yes.  Yes.  The best of my -- what I've seen them and

18 communication, I think they're very good, that they do

19 communicate very well as far as new revisions or whatever's in

20 there, whatever changes have been made.

21    Q:  Okay.  Well, moving away from the UMF for a while.  Tell

22 me what is required on the first day of an EO1 inspection.

23    A:  What's required?

24    Q:  Yes, sir.

25    A:  The inspector -- he's required to be there before --

Confidential Agency Document
DLB-001202

Dry

## DAILY COVER SHEET

MSHA Form 7000-10I, June 03 (revised)

Date 3/09/10

Arrival at the Mine: 0747    Departed from the Mine: _____

List Records Books Checked _____

everday; Per 100

Accompanied By: Company Representative _____

Miners Representative: N/A

AREAS OF INSPECTION ACTIVITY:

Lew

Inspector's Initials _____

Supervisor's Initials and Date _____

Penambrook

Page No. _____

---

MSHA Form 7000-10K, June 03 (revised)

Date 3/09/10

Arrived @ mine 0708

to conduct possible  (E) spot inspection survey

contain a slow

deft it is dangerous and

also help a lot

reviewed weekly report

Carbon ......... 13 months ... 304.262

#9 ......... 4076

Intake ......... 992

#12 ......... 12,923

#13 ......... 12,988

Reviewed w/ management

Areas of inspection survey

Chalk and Clyde Roy, our

going to each coal drivel

until I am going to each

Inspector's Initials _____

Supervisor's Initials and Date _____

Page No. 2

*U.S. GPO: 2003-541-759

---

MSHA Form 7000-10K, June 03 (revised)

Date 3/09/10

conduct spot check

Traveled from supplies at

handful jtbg mine and

So that @ mine out  NSHA

Matthew Spies and  NSHA

Maria:

Proceeded inhale from end

of mouth to headgate;

took in-take air readings

@ 31 BSC

AC 7.21

Vc 730

Qv 107,310 cfm

Traveled to end of

and end to a end

in-bye; At 680

Vc 1088

Qv 134,500

Inspector's Initials _____

Supervisor's Initials and Date _____

Page No. 3

GAO U.S. GOVERNMENT PRINTING OFFICE 2003—540-483

Confidential Agency Document
DLB-001203

DOL-OASAM-0179

MSHA Form 7000-10K, June 93 (revised)

Date

Inspector's Initials

Supervisor's Initials and Date

Page No. ____

U.S. GPO: 2009-541-759

MSHA Form 7000-10K, June 93 (revised)

Date 3/9/10

Inspector's Initials
Supervisor's Initials and Date

Page No.

*U.S. GPO: 2009-541-759



Confidential Agency Document
DLB-001206
DOL-OASAM-0182



## Field Office Supervisor – Inspection by Trainee

**Issue:** On January 12, 2010, an AR allowed an ROE trainee to travel to "3 unit" to terminate a citation. This was confirmed in interviews and is documented on page 10 of the AR's notes for that day. The Field Office Supervisor initialed these notes on January 20, 2010.

**Supporting Documentation:**

- Page 8 of the Program Policy Manual, Volume I (Page 8 from PPM Vol I.pdf)
- Copy of page 10 of AR's notes for January 12, 2010 (Field Office Supervisor – Inspection by Trainee.pdf)
- Relevant pages of AR's transcript (Field Office Supervisor – Inspection by Trainee.pdf)
- Relevant pages of Field Office Supervisor's transcript (Field Office Supervisor – Inspection by Trainee.pdf)

**Mitigating Factors:** The Field Office Supervisor had 29 months experience as a supervisor when he was reassigned to the Mount Hope field office. He had received only one week of training related to the core administrative duties of a field office supervisor and was not fully trained on the technical aspects of supervising coal mine inspectors.

DOL-OASAM-0184

quarter would be counted under the one-inspection-per-quarter rule. The same principle would apply to surface mines, except that a 90-day limit and one-inspection-every-six-months rule would be used.

For intermittent and nonproducing mines, MSHA's policy for metal and nonmetal mines requires two inspections a year for underground operations and one inspection a year for surface operations, regardless of the length of time that a mine is in operation during the fiscal year.

103(a)    Authority to Inspect - Authorization for
          Representatives
Inspections and investigations under the Federal Mine Safety and Health Act of 1977 shall be conducted only by persons who have been authorized by the Secretary to conduct such inspections or investigations.  The inspector's authorization shall be available during inspections and investigations.

103(a)    Authority to Conduct Special Investigations - SI
          Credentials
Section 103(a) of the Act authorizes MSHA to conduct special investigations as an integral part of the Agency's enforcement program.  The Technical Compliance and Investigation Divisions (TCID) are responsible for overall administration and management of the special investigations program.  In order to promote the consistent application and management of the program, TCID will develop statistical and management information based on special investigations activities in the field.  This includes evaluating the effectiveness of each district's special investigation program, monitoring district compliance with national policies and procedures, and providing periodic updates on the status of cases. As part of the Agency's accountability program, accountability reviews of the special investigations program will be conducted by the national office on a recurring basis.  TCID has responsibility for the following sections of the Act:

  1.   Section 105 complaints of discrimination filed by
       miners and other protected persons;

  2.   Section 108 injunctive actions; and

  3.  Section 110 civil and criminal violations of the Mine Act
and/or mandatory safety and health standards.

Confidential Agency Document
DLB-001209

**MSHA Form 7000-10K, June 93 (revised)**

4660 8436

Date 1-12-10

~ came

to 3 unit — the went
to the pipeline c. tations at
809 025 is terminated

B wrote out transaction
~ Dave Back to
Mt. Hope -

Inspector's initials

Supervisor's initials and Date

Page No. 10

*U.S. GPO: 2009-541-759

---

**MSHA Form 7000-10A, June 93 (revised)**

**DAILY COVER SHEET**

Date 1-13-10   Event No. 6286108

Arrived at the Mine 11:24.55   Departed from the Mine

List Records Books Checked Preshift

~ weekly Exam

Accompanied By: Company Representative

Gary May

Miners Representative n/a

**AREAS OF INSPECTION ACTIVITY:**

Discussion with the
mine Superintendent Gary May
and President Wayne Persinger

Mine is producing.

Inspector's initials

Supervisor's initials and Date

Page No. 1

*U.S. Government Printing Office: 1997 - 505-470

---

**MSHA Form 7000-10K, June 93 (revised)**

Date 1-13-09

Mt. very Darley
(armed) at this mine
at 0745. with
Delivered two modifications
to Gary May.
Had a discussion about
D(2) citation on 11 tire
when asked Gary May
stated that he was the
person whom would place
another crew to go
work — he felt he
also stated that he went
to the area to light this
under approx 1300hrs, 9 Jan.
Mr. May stated that the
belt was down on 1-1-1010.
Mr. May also stated that
he walked the belt up

Inspector's initials

Supervisor's initials and Date

Page No. 2

*U.S. GPO: 2009-541-759

Confidential Agency Document
DLB-001210

DOL-OASAM-0186

Inspector   10-19-2010

34

1     A:  Yes.

2     Q:  What all did you all cover that day?

3     A:  We got some TLs and I went through sets one, three, five

4   seals.

5     Q:  So that was the day you were at three set seal?

6     A:  Yes.

7     Q:  What we were talking about earlier?

8     A:  Ah-huh.

9     Q:  What all's required to be documented when you're taking

10   air readings at the outby seals, or out by the seals?

11    A:  Oh, the air reading out by the seals?

12    Q:  Ah-huh.

13    A:  CFM and ah, gas checks.

14    Q:  Okay.  On page 10 you documented ~~trainee~~ went to

15   three unit and checked the lifeline citation 8090251 is

16   terminated.  Did he go by himself that day?

17    A:  I didn't go with him.  I'm sure he went with the company

18   people.

19    Q:  Okay.

20    A:  But I've forgotten this until I read it down and there

21   it is.

22    Q:  Okay.  So did you abate that on his word?

23    A:  Yes.

24    Q:  Why was that?  Why'd you do it that way?

25

35

1    A:  The reason I did it that way is, one thing to save time,

2    also ~~trainee~~ was, I was going to do these seals, it was low

3    up in there and I didn't see any sense in him going with me. And

4    he came back outside and checked the shop equipment. Or he did

5    before he went in, I don't remember which but that was, that's

6    what happened this day as best I can tell and with my

7    recollection.

8    Q:  Is that something you all decided to do on your own?

9    A:  I would say, yes.  I don't believe I discussed that with

10   anybody.

11   Q:  In the ITS was the equipment and the items documented

12   with your initials and ~~trainee~~?

13   A:  Yes.

14   Q:  ----but not in the notes.  Are those the items that he

15   checked by himself?

16   A:  Yes.

17   Q:  Okay.  Were there ever any notes made for that, or was

18   that area basically not inspected?

19   A:  I guarantee you ~~trainee~~ made notes on that.

20   Q:  Okay, but they weren't turned in.

21   A:  They were either turned, given back or that's most

22   likely what had happened.  ~~trainee~~ I believe always turned

23   his notes in as best as I remember.

24   Q:  Okay.

25

DOL-OASAM-0188

36

1      A:  That was one of those times when he did the tracking

2  also. But we always, if we were together we put both of our

3  initials there.

4      Q:  Ah-huh.  Um, you talked about checking three set of

5  seals that day.  Did you know, I guess you knew they were under a

6  citation that day?

7      A:  Yes, I'm fairly sure I did.

8      Q:  Did you review the record book regarding the weekly

9  examination of those seals before you traveled to them?

10      A:  I don't see that in my notes and I don't see it listed

11  there.

12      Q:  What's your general practice?  Do you generally review

13  the record books of areas that you intend to travel?

14      A:  Yes sir.

15      Q:  Do you recall ever looking at those seal books?

16      A:  I'm sure I did, but I don't recall it at this time, but

17  I -----I also did a bunch more seals another day and probably

18  checked it that day or, I can't imagine me not checking it, but I

19  don't see it here.

20      Q:  All right.

21      Q:  Do you recall anything of significance from your review

22  whenever it did occur regarding the weekly examination of the

23  seals?  Anything stand out in your mind?

24      A:  In the book?

25      Q:  Yes, sir.

Confidential Agency Document
DLB-001213

DOL-OASAM-0189



Tranee

10-05-2010                    35

Q:   That's all right.

A:   If I did I don't recall it, but I just, I don't know,
it just don't seem what I did, so...

Q:   Let's go off the record a minute.

WHEREUPON, a recess was taken, after which the interview
continued as follows, to-wit:

Q:   All right, we're returning with Session 3 of he
Internal Review Team's interview with Tranee.

And we are currently on question 23 and on January 12, 2010
you traveled to Upper Big Branch with Inspector              And
I'm gonna provide you with a copy of your notes.  And it's also
got several pages of ITS and there's some highlighted things in
here.  If you would, look at them and that is some of the stuff
I'll be asking you about.

A:   Again, I cannot tell you and don't recall of me
traveling by myself to terminate a Citation.

Q:   Okay.  That was the question.  His notes indicate on
page 10 that you may have traveled separately with him and went
to No. 3 to check termination of Citation 8090251 and, and so if
you, like you said -- I'll let you go ahead and expand on that a
little more if you don't recall that.  Go ahead and tell us on
the record what you feel about that particular highlighted area
of the notes.

A:   Well, again, and of course expanding, I don't recall
traveling with an AR to terminate a Citation.  I just don't

36

1  recall it if I did.  I don't feel that I did.

2      Q:   Okay.

3      A:   But I'm gonna say, you know, I'm not sure.  I don't

4  know what I can tell you.

5      Q:   Okay.  On pages -- look at the ITS on that one; it's on

6  the back there.

7      A:   Okay.

8      Q:   And pages 33, 34 and 41 of the ITS which is for this

9  event, which is numbered 6286108, how many of the highlighted

10 pieces of equipment or were there any other highlighted pieces of

11 equipment dated 1/12/2010 and initialed PBSV did you inspect --

12 well, separate it from ~~Inspector~~        Inspector

13     A:   Well, there's none of these highlighted.

14     Q:   Oh, I'm sorry; excuse me.  Let me see this just a

15 minute.  Okay.  Well, let's say on page 33.

16     A:   Uh-huh.  [Yes]

17     Q:   It's showing inner systems and shop equipment down

18 almost practically to the bottom there's several pieces of

19 equipment that are---

20     A:   Separate.

21     Q:   Yes, sir.

22     A:   Okay.  This one here I can tell you, yes, I was by

23 myself outside, because I didn't travel underground that day.

24     Q:   Okay.

25     A:   And I did check these chargers and a welder.  And I did

37

1  check this stuff here.

2     Q:   Okay.  And how did it - can you explain to me how that

3  come about?  I mean, what took place there as far as between --

4  what did Inspector ▓▓▓▓ tell you as far as staying outside and

5  checking that equipment?

6     A:   What was it that day?  I'm just speculating, it just

7  popped in my head.  I think that, you know, he was going in to

8  terminate some Citations or he was going in to do something that

9  day.  And I was left outside, you know, to get this part done on

10 account of this mines was split up in two different areas, two

11 different inspectors.  He still had his regular EO1 that he had

12 to get started.  And Beckley Crystal Mine, which I traveled -- I

13 traveled with ▓▓▓▓ *inspector* a whole lot.  Basically I just helped him, I

14 mean - you know what I'm saying - on that part on that day.  In

15 my experience and stuff as far as checking the cables and stuff

16 like that, and all these chargers, you know, I did, I did check

17 the chargers.

18    Q:   Okay.  Do you recall whether you went underground---

19    A:   I's in the shop.

20    Q:   Yeah.

21    A:   Yeah.

22    Q:   Do you recall if you went underground at all that day?

23    A:   I don't recall going underground that day.

24    Q:   Okay.  All right.  Thank you.

25    A:   Yeah.

Confidential Agency Document
DLB-001216

Field Office Supervisor
12-01-2010

128

1   Q:  Okay.

2   Q:  What is the District's policy regarding trainees

3  traveling apart from the inspector they were assigned to travel

4  with?

5   A:  What is the District's what?

6   Q:  What is the District's policy regarding trainees

7  traveling apart from the inspector that they're assigned with at

8  the mine?

9   A:  They are not.  They are not to travel alone.

10   Q:  Do you know of or have you heard of any instances where

11  trainees have inspected areas of a mine apart from an AR?

12   A:  I haven't, no.

13   Q:  You haven't?

14   A:  Huh-uh.

15   Q:  Okay.  The 100 percent completion requirement for EO1's,

16  and I know you're well aware of that, did that put any pressure

17  upon you or your work group to maybe rush inspections or try to

18  get things done a little bit quicker than maybe what would have

19  been more of a quality inspection rather than a quantity

20  inspection?

21   A:  I don't think so, no.

22   Q:  Okay.  Have you ever had any knowledge of trainees

23  handling violations observed or terminating citations apart from

24  the inspector?

25   A:  No.

## Roof Control Supervisor – Pillar Stability Analysis

**Issue:** On December 23, 2009, the District 4 District Manager approved the base roof control plan submitted by the operator in October 2009. The District Manager approved the plan without requiring the operator to submit a risk assessment specific to the particular mining operation, including the submission of data and evaluation supporting the proposal, as directed by CMS&H Memo No. HQ-08-058-A. In particular, the operator did not provide information detailing the basis on which the plan was determined to be appropriate and suitable, such as a pillar stability analysis.

Interviews with District 4 Roof Control department personnel revealed that they did not always request pillar stability analyses from mine operators. Instead, District 4 roof control specialists (Supervisor, and Roof Control Specialist) indicated in their interviews that they requested examples of pillar stability analyses from operators to demonstrate the operators' ability to use the appropriate software.

There was no pillar stability analysis submitted by Performance Coal Company with the October 2009 base plan. A note was affixed to the District 4 plan transmittal sheet by the ADM technical stating that District 4 would "still look at the [longwall] gate pillars – later." The ADM technical was the Roof Control Supervisor's supervisor.

**Supporting Documentation:**

- CMS&H Memo HQ-08-058-A (HQ-08-058-A.pdf)

- District 4 Plan Transmittal Sheet with ADM technical's note (Plan Transmittal with ADM technical Note.pdf)

- December 23, 2009, approved roof control plan (December 2009 Approved Roof Control Plan.pdf)

- Pages from transcripts where Roof Control Supervisor talks about pillar stability analysis and why they didn't require UBB to submit a pillar stability analysis. (Roof Control Supervisor - Requiring PSA.pdf and Roof Control Supervisor - Submit PSA.doc)

- IR team note on Roof Control Supervisor's interview transcript (Note on Roof Control Supervisor Interview Transcript.pdf)

- Pages from transcript where Roof Control Specialist talks about pillar stability analysis and why they didn't require UBB to submit a pillar stability analysis (Roof Control Specialist Requiring PSA.pdf)

- Pages from transcript where ADM technical talks about pillar stability analysis. (ADM technical PSA.pdf)

**Mitigating Factors:** During an off the record discussion with members of the IR team, the Roof Control Supervisor stated he did not receive a copy of CMS&H Memo HQ-08-

DOL-OASAM-0194

058-A.  After the interview was completed, the Roof Control Supervisor showed the interviewers a binder where he kept headquarters memos; the memo was not in the binder.  The memo was addressed to all District Managers and Assistant District Managers and was not issued via the established directives system

A note was affixed to the roof control plan tracking sheet by the ADM technical stating that District 4 would "still look at the [longwall] gate pillars – later."

Confidential Agency Document
DLB-001219

DOL-OASAM-0195

**U.S. Department of Labor**

JUN - 5 2008

Mine Safety and Health Administration
1100 Wilson Boulevard
Arlington, Virginia 22209-3939



CMS&H Memo No. HQ-08-058-A (PRT-75)

MEMORANDUM FOR DISTRICT MANAGERS
ASSISTANT DISTRICT MANAGERS

FROM:           KEVIN G. STRICKLIN
                Administrator for
                Coal Mine Safety and Health

SUBJECT:        Approval of Complex and/or Non-typical Roof Control Plans
                and Amendments

Recent evaluations of the Roof Control Plan Approval Process have produced several
recommendations to improve the quality of resulting plans. The current procedures for
review and approval of roof control plans rely on the specific language of 30 C.F.R.
75.222 and 75.223, which were published as final rules in January of 1988.

All new roof control plans and amendments that are complex and/or non-typical shall
be evaluated to assure that plans provide for adequately designed support systems.

Roof control plans considered complex and/or non-typical meet one or more of the
following criteria: 1) room and pillar retreat mining at overburden depths of 1000 feet
or greater; 2) design criteria that does not meet the stability factors calculated using the
Analysis of Retreat Mining Pillar Stability (ARMPS) Computer Program and
recommended in Program Information Bulletin No. P08-8; 3) mines with a history of
bounces or bumps, regardless of the amount of overburden cover; or 4) other criteria
considered unusual by the District Manager, such as retreat mining between two gob
areas, mining of high stress areas created by multiple seam interaction, or active mining
above or below longwall panels or isolated remnant pillars. For complex and/or non-
typical plans or amendments, the mine operator shall provide the data and engineering
evaluations conducted to support their determination that systems provide safe work
environments for miners.

The mine operator shall submit with any complex and/or non-typical plan proposal the
following:

You can now file your MSHA forms online at www.MSHA.gov. It's easy, it's fast, and it saves you money!

2

a)  A risk assessment specific to the particular mining operation that includes depth of overburden, coal strength, pillar recovery method, and development and retreat stability factors.  The risk assessment will contain a statement detailing the basis on which the operator has determined that the plan is appropriate and suitable to the mining conditions.

b)  Where recommendations are made by consulting engineers, the operator shall provide the reports upon which the assertion of adequacy depends and direct the consultants to cooperate fully with the MSHA plan reviewers in verifying their conclusions.

c)  Data from currently available tools such as ARMPS, ALPS, LAMODEL, Rocscience, or other applicable software.  MSHA may compare the proposed plan evaluation method against a different evaluation system developed by third parties.

d)  Where plans are based in any part on empirical information, such as those utilizing a support system or pillar sizing proven to work under similar mining conditions (e.g., similar mining depth and roof conditions), information sufficient to permit field evaluations of the installed systems and verification of the similarity in mining conditions.  This information can be included with the operator's statement in "a" above that the plan is appropriate and suitable to the mining conditions.

e)  A detailed and comprehensive review of technical and engineering data submitted in support of the proposed plan, and an analysis of potential hazards and other relevant factors.

MSHA shall first establish that the submitted supporting information is adequate, given the complexity and severity of the mining environment, and request additional information if needed.  The evaluation shall also include previous plan submittals and approvals, citation history, and roof fall accidents (injury and non-injury).  The assistance of MSHA's Technical Support Roof Control Division shall be sought and their recommendations considered in all complex and/or non-typical plan approvals and amendments.  A site visit shall also be made by District personnel where applicable.

MSHA shall not approve the proposed plan or amendment until the operator has provided the data and evaluation supporting the proposal and a confirming evaluation(s) has been completed.  MSHA shall keep all plan review information as long as the plan is in effect that explains the rationale behind the approval of plan/amendment, including the completed appropriate checklist evidencing the review with signatures, dates and comments.

Confidential Agency Document
DLB-001221

3

When and where site mine specific pillar size and pillar stress loading tools have generated reliable design parameters and minimum safety factors, those validated features may be utilized as a basis for plan approvals for mining under the same or less severe conditions.

Confidential Agency Document
DLB-001222

DOL-OASAM-0198

## DISTRICT 4 PLAN TRANSMITTAL SHEET

**SECTION A: GENERAL INFORMATION**

DATE RECEIVED FROM: ☐ OPERATOR  ☐ MAIL  ☐ OTHER _____ _____ RECEIVED BY: _____

MSIS Plan Tracking No. _____

PLAN TYPE: _____ _____ _____ _____

COMPANY NAME: _____

MINE NAME: _____ I.D. NO. _____

FIELD OFFICE: ☐ Mt. Hope  ☐ Mt. Carbon  ☐ Mt. Carbon  ☐ Summersville  ☐ Princeton  ☐ Pineville  ☐ Madison  ☐ Logan

PLAN SUMMARY / COMMENTS: _____

_____

**SECTION B: ON-SITE REVIEW (IF APPLICABLE)**

ON-SITE REVIEW CONDUCTED: ☐ YES,  ☐ NO          DATE OF REVIEW: _____

METHANE LIBERATION RATE (IF APPLICABLE): _____ CFD   DATE OF SAMPLE: _____

COMMENTS: _____

o   COMMENTS RECEIVED FROM MINER'S REPRESENTATIVE?          ☐ YES          ☐ NO          ☐ NO REPRESENTATIVE

(See reverse)

**SECTION C: PLAN COORDINATION and REVIEW**

PLAN COORDINATED WITH (WHEN APPLICABLE): Please date and initial

☐ ADM FOR ENF _____  ☐ FO SUPV _____  ☐ CMI ASSIGNED TO MINE _____

☐ HEALTH _____  ☐ VENT _____  ☐ ROOF _____  ☐ TRAINING _____

☐ STATE _____  ☐ TECH SUPPORT _____  ☐ OTHER _____

COMMENTS: _____

_____

_____

**SECTION D: DISTRICT REVIEW**

DISTRICT SPECIALIST:   DATE REVIEWED: _____   INITIALS: _____

RECOMMENDATION: ☐ APPROVAL  ☐ DISAPPROVAL  ☐ ACKNOWLEDGMENT  ☐ WAIVER GRANTED  ☐ WAIVER DENIED  ☐ FWD TO TS  ☐ CONCUR WITH STATE  ☐ OTHER

SPECIALIST SUPERVISOR:   DATE REVIEWED: _____   INITIALS: _____

RECOMMENDATION: ☐ APPROVAL  ☐ DISAPPROVAL  ☐ ACKNOWLEDGMENT  ☐ WAIVER GRANTED  ☐ WAIVER DENIED  ☐ FWD TO TS  ☐ CONCUR WITH STATE  ☐ OTHER

ASSISTANT DM (TECHNICAL):   DATE REVIEWED: _____   INITIALS: _____

RECOMMENDATION: ☐ APPROVAL  ☐ DISAPPROVAL  ☐ ACKNOWLEDGMENT  ☐ WAIVER GRANTED  ☐ WAIVER DENIED  ☐ FWD TO TS  ☐ CONCUR WITH STATE  ☐ OTHER

DISTRICT MANAGER:   DATE: _____   INITIALS: _____

☐ APPROVED  ☐ DISAPPROVED  ☐ ACKNOWLEDGED  ☐ WAIVER GRANTED  ☐ WAIVER DENIED  ☐ FWD TO TS  ☐ CONCUR WITH STATE  ☐ OTHER

**SECTION E: DISTRIBUTION OF APPROVED PLANS**     NOTE: FIELD OFFICE - RETURN ORIGINAL TRANSMITTAL SHEET TO ENGINEERING SERVICES

TRACKING DATES (IF APPLICABLE):          MSIS ___/___ SCANNED _____ UMF _____

(In  —  out)

PROVIDED TO OPERATOR & DISTRICT FILE:   DATE: _____   INITIALS: _____

NOTIFICATION OF APPROVAL:

ASSISTANT DM (ENFORCEMENT) NOTIFIED BY - INITIALS: _____   DATE: _____   PHONE ☐  EMAIL ☐  IN PERSON ☐

FIELD OFFICE SUPERVISOR NOTIFIED BY - INITIALS: _____   DATE: _____   PHONE ☐  EMAIL ☐  IN PERSON ☐

INSPECTOR NOTIFIED BY - INITIALS: _____   DATE: _____   PHONE ☐  EMAIL ☐  IN PERSON ☐

Confidential Agency Document
DLB-001223

DOL-OASAM-0199



Confidential Agency Document
DLB-001224

DOL-OASAM-0200

U. S. Department of Labor

Mine Safety and Health Administration
100 Bluestone Road
Mount Hope, WV  25880-1000



DEC 2 3 2009

Mr. Berman Cornett
Safety Director
Performance Coal Company
P.O. Box 69
Naoma, WV  25140

Dear Mr. Cornett:

Subject:     Update of the Roof-Control Plan, Upper Big Branch Mine-South,
             I.D. No. 46-08436, Performance Coal Company, Montcoal, Raleigh
             County, West Virginia, Permit No. 4-RC-11-94-12307-12

Your roof-control plan, received on October 27, 2009, has been reviewed and is
approved.  This approval is based upon a District review of the roof conditions
and roof-control practices in the mine by representatives of the Mine Safety and
Health Administration, and includes any changes made by you at that time.

Should you have any questions concerning your roof-control plan, please contact
Don Winston at this office, (304) 877-3900, Extension 130.

Sincerely,

Robert G. Hardman
District Manager
Coal Mine Safety and Health, District 4

Enclosure

cc:     State Inspector-at-Large, Oak Hill Division (1 encl.)
        Mount Hope Field Office (3 encl.)
        Lee Barker (1 encl.)
        Files/cls

Confidential Agency Document
DLB-001225

DOL-OASAM-0201

1

1      MINE SAFETY AND HEALTH ADMINISTRATION

2           UPPER BIG BRANCH MINE – SOUTH

3                 INTERNAL REVIEW

4

5           Thursday, September 16, 2010

6

7

8                  AUDIO-TAPED

9                  INTERVIEW

10          Roof Control Specialist

11

12

13

14

15   MSHA:

16

17

18

19

20   INTERVIEWEE:

21

22

23

24

25

40

1  that middle entry to make sure that air would back through there.

2     Q:   Uh-huh.  (Yes)

3     A:   So, so on a case by case basis we have, we have dealt

4  with that.

5     Q:   When we started out here at UBB, too, where they had

6  problems with the Headgate and you required additional support in

7  the Headgate entries, so that, that's certainly something you've

8  done here.  But the ARMPS requirement, how do you enforce that,

9  as far as, you know, they're responsible for running this program

10 and to assure they have stability?

11    A:   Right.

12    Q:   How are we enforcing that provision to know that

13 they're doing their job on that?

14    A:   Well, now – I can tell you how we do it now.

15    Q:   Okay.

16    A:   We require them to actually send us an example of, of

17 how they would do it, okay?  I mean, that, that, but as far as

18 every panel, we don't.  I mean, it's like anything else; they're

19 required to follow it.  It's their mine and they're required to

20 follow it.  Now, if we would find problems and we would see that

21 they didn't require it then we'd cite them.  But we don't check

22 ever panel.  I mean that, that's, that would be literally

23 impossible.

24    Q:   Sure.  Sure.  But if we did want to go out and check

25 their work, are inspectors and specialists trained to the point

1      MINE SAFETY AND HEALTH ADMINISTRATION

2         UPPER BIG BRANCH MINE - SOUTH

3               INTERNAL REVIEW

4

5           WEDNESDAY, JUNE 15, 2011

6

7

8                  AUDIOTAPED

9                  INTERVIEW

10                        OF Roof Control Specialist
11         ▮▮▮▮▮▮▮▮▮

12

13

14

15   MSHA:

16        ▮▮▮▮▮▮▮▮▮

17        ▮▮▮▮▮▮▮▮▮

18        ▮▮▮▮▮▮▮▮▮

19

20

21   INTERVIEWEE:

22        ▮▮▮▮▮▮▮▮▮

23

24

25

Confidential Agency Document

2

| | |
|---|---|
| 1 | Q:   It's mandatory stuff.  In your previous interview on |
| 2 | page 40 — okay, that's your transcript there.  We understood you |
| 3 | did not require pill - pillar stability calculations to be |
| 4 | submitted for every panel and required only a sample to be |
| 5 | submitted to show you that the company was able to complete the |
| 6 | calculations, is that correct? |
| 7 | A:   Page number is up on the top — [crosstalk]. |
| 8 | Q:   Okay I saw them there but I — I think that statement |
| 9 | [is what I see but rather than let you...] 00:27:07 |
| 10 | A:   Well, I mean I knew that. |
| 11 | Q:   Is that what it is? |
| 12 | A:   That — that sounds correct. |
| 13 | Q:   Is that - Okay.  That's correct.  Did you ever receive |
| 14 | a copy of Memo number HQ-08-58-A? |
| 15 | A:   Now which one... |
| 16 | Q:   That's one we already gave you. |
| 17 | Q:   Yeah, that's the one we just gave you. |
| 18 | A:   This one? |
| 19 | Q:   Is that 58? |
| 20 | A:   No, that's 59, this one right here. |
| 21 | Q:   Yeah.  Did you ever see that memo? |
| 22 | A:   I honestly don't remember.  If you all are willing to |
| 23 | allow me, I keep all of like roof control memos in a — in a |
| 24 | little [buff] folder.  I would be glad to go look at them and |
| 25 | see if I've got it, but it is not ringing a bell with me |

Confidential Agency Document
DOL-OASAM-0205

3

1  although it's very - if I've read it which I'm sure I should

2  have, it's just not ringing a bell with me.

3     Q:  ▓▓▓ can you - can you for the record, just say who

4  that memo was sent to?

5     A:   To district managers and assistant district managers.

6     Q:   Right.  So the roof control department wasn't one of

7  the recipients of this?

8     A:   Well, I - I can say if ~~ADM Techical~~ got this, he

9  would've forwarded it to me.  I truly believe he would have done

10 that.  I'm not saying I haven't seen it.  It's just - I'm just

11 saying it's not ringing a bell with me.  It's probable that I

12 have but I can only say probable.

13    Q:   If - well, then you wouldn't know if he didn't.  If

14 you're not sure if you saw it, you probably don't know if you

15 forwarded that to all your specialists and inspectors that

16 conduct the six-month reviews?

17    A:   I don't remember doing it.

18    Q:   Would - would you remember then on how District 4 -

19 [that] highlighted at the bottom of the page two, how did we -

20 Would you remember how you complied with that which states "[The

21 body] should not approve their proposed plan or memo until the

22 operator has provided the data and evaluation supporting the

23 proposal and conferment - confirming evaluation has been

24 completed"?  Does that ringing any bell to you?

25    A:   MSHA heads shall not approve - it don't ring a bell

Confidential Agency Document

4

1  for me.  You know, usually if I get these memos, I try my best

2  to comply with it and I'm not saying I didn't get it.  It's just

3  not ringing a bell with me because like I say, I definitely

4  tried to follow this other one, this -50-059 and then I would

5  follow the 30-day one.

6      Q:   What we'll do for you, whenever we finish, just to be

7  clear, we'll give you a little bit, if you have a folder where

8  you keep these things and you indicated earlier that if it's in

9  there, you had to review it.

10

11