## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

| | | |
|---|---|---|
| **DONALD L. BLANKENSHIP,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:18-cv-00591** |
| | ) | **(Criminal Action No. 5:14-cr-00244)** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## <u>UNITED STATES' MOTION FOR PARTIAL UNSEALING</u>

The United States, by and through undersigned counsel, submits this Motion for Partial Unsealing to facilitate the government's review of all facts and circumstances in the above-captioned cases.   This Motion does not seek to disturb the Agreed-Upon Protective Order (Doc. No. 691); in fact, this Motion is based on the Protective Order and consistent with L.R.Civ.P. 26(c).   To that end, the government would like to immediately share the allegations and claims made by Movant in his action under 28 U.S.C. § 2255 with witnesses, as well as with others who can assist the United States in the ongoing review of Movant's allegations and claims.   For example, granting this Motion would permit the United States to share Movant's pleadings and exhibits with individuals who have knowledge of the facts related to Movant's underlying trial, even though those individuals are not employed by the United States.

Of course, any disclosure of sealed documents would be accompanied by a strong admonition against improper disclosure or use of confidential agency documents produced in relation to the above-captioned cases.

Respectfully submitted,

JEFFERSON B. SESSIONS III
United States Attorney General

BENJAMIN C. GLASSMAN
United States Attorney
Southern District of Ohio

/s/ Douglas W. Squires
DOUGLAS W. SQUIRES (OH 0073524)
JESSICA H. KIM (OH 0087831)
S. COURTER SHIMEALL (OH 0090514)
Special Attorneys to U.S. Attorney General
Assistant United States Attorneys
Southern District of Ohio
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653

**CERTIFICATE OF SERVICE**

I, Douglas W. Squires, certify that on September 7, 2018 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users, or if they are not, by serving a true and correct copy at the addresses listed below:

Mr. Howard C. Vick
Michael A. Baudinet
MCGUIREWOODS LLP
Gateway Plaza
800 E. Canal Street
Richmond, VA 23219-3916

Benjamin L. Hatch
MCGUIREWOODS LLP
World Trade Center
101 W. Main Street, Suite 9000
Norfolk, VA 23510-1655

W. Henry Jernigan, Jr.
DINSMORE & SHOHL LLP
707 Virginia Street, East, Suite 1300
P.O. Box 11887
Charleston, West Virginia 25339-1887

/s/ Douglas W. Squires
DOUGLAS W. SQUIRES (OH 0073524)
Special Attorney to U.S. Attorney General