IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | | |
|---|---|---|
| **DONALD L. BLANKENSHIP,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:18-cv-00591 |
| | ) | (Criminal Action No. 5:14-cr-00244) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**O R D E R**

Before the Court is the United States' "Motion for Partial Unsealing." The Motion seeks to share the allegations and claims made by Movant in his actions under 28 U.S.C. § 2255 with witnesses and others who can assist the United States in the ongoing review of Movant's allegations and claims.

For good cause shown, it is hereby **ORDERED** that the United States' Motion is **GRANTED**. As part of the United States' ongoing review of Movant's allegations and claims, the United States may share Movant's allegations and claims set forth in his Section 2255 actions with relevant witnesses and individuals who might assist the United States. However, sealed documents shall not be made public and each disclosure shall be accompanied by individual admonitions against improper disclosure or use of confidential agency documents produced in relation to the above-captioned cases.

The Clerk is requested to transmit a copy of this Order to the counsel of record.

ENTER: September 10, 2018.

_____
Omar J. Aboulhson
United States Magistrate Judge