**From:** Colangelo, Matthew - OSEC
**Sent:** Thursday, November 13, 2014 4:59 PM
**To:** Skinner, Wayne - OSEC; Smith, M. Patricia - SOL
**Subject:** FW: Blankenship indicted

Wayne - if Tricia doesn't have it - do you have a number (or can you get one) for Booth Goodwin, the U.S. Attorney in West Virginia? thanks

**From:** Thomas Perez
**Sent:** Thursday, November 13, 2014 4:55 PM
**To:** Block, Sharon I - OSEC; Colangelo, Matthew - OSEC; Smith, M. Patricia - SOL
**Subject:** Re: Blankenship indicted

Can u get me the number of the US Atty in WV. Booth Goodwin.

**From:** Block, Sharon I - OSEC
**Sent:** Thursday, November 13, 2014 4:25:59 PM
**To:** Colangelo, Matthew - OSEC; Thomas Perez
**Subject:** Fw: Blankenship indicted

And sometimes bad things happen to bad people.

**From:** Zaffirini, Tony - OCIA
**Sent:** Thursday, November 13, 2014 4:24:10 PM
**To:** Jayaratne, Adri - OCIA; Block, Sharon I - OSEC
**Subject:** Blankenship indicted

FYI

http://www.justice.gov/usao/wvs/press_releases/2014-11-Nov/attachments/1113142_Blankenship_Indictment.html

1

# FORMER MASSEY ENERGY CEO INDICTED

*Donald Blankenship Faces Four Charges Including Conspiracy, Fraud and Making False Statements*

**CHARLESTON, W.Va**. – United States Attorney Booth Goodwin announced that a federal grand jury today returned an indictment charging Donald L. Blankenship, former Chief Executive Officer of Massey Energy Company, with four criminal offenses. The indictment charges Blankenship with conspiracy to violate mandatory federal mine safety and health standards, conspiracy to impede federal mine safety officials, making false statements to the United States Securities and Exchange Commission (SEC), and securities fraud.

The indictment alleges that from about January 1, 2008, through about April 9, 2010, Blankenship conspired to commit and cause routine, willful violations of mandatory federal mine safety and health standards at Massey Energy's Upper Big Branch mine, located in Raleigh County, West Virginia. The indictment alleges that during this same period of time, Blankenship was part of a conspiracy to impede and hinder federal mine safety officials from carrying out their duties at Upper Big Branch by providing advance warning of federal mine safety inspection activities, so their underground operations could conceal and cover up safety violations that they routinely committed.

The indictment further alleges that after a major, fatal explosion occurred at Upper Big Branch on April 5, 2010, Blankenship made and caused to be made false statements and representations to the SEC concerning Massey Energy's safety practices prior to the explosion. Additionally, the indictment alleges that, after this explosion, Blankenship made and caused to be made materially false statements and representations, as well as materially misleading omissions, in connection with the purchase and sale of Massey Energy stock.

The FBI and the United States Department of Labor's Office of Inspector General are in charge of the investigation. United States Attorney Booth Goodwin, Counsel to the United States Attorney Steven Ruby, and Assistant United States Attorney Gabriele Wohl are handling the prosecution.

The four counts charged carry a maximum combined penalty of 31 years' imprisonment.

Click here to view a copy of the indictment. An indictment is only an allegation, and the defendant is presumed innocent unless and until proven guilty.

DLB-001533