## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## Beckley Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff/Respondent, | ) ) ) | |
| v. | ) ) ) | Criminal No. 5:14-CR-00244<br>Civil No. 5:18-CV-00591 |
| DONALD L. BLANKENSHIP | ) ) ) | |
| Defendant/Movant. | ) | |

### AGREED-UPON ORDER TO UNSEAL

On September 5, 2018, Movant filed under seal a Motion for Evidentiary Hearing (ECF No. 704) and a Memorandum in Support of his Section 2255 Motion (ECF No. 703) which he amended on September 6, 2018 (ECF No. 705). On September 6, 2018, the Court directed the parties to present a set of redacted briefing and/or exhibits "suitable for viewing on the public docket." (ECF No. 706).

The parties have submitted an Agreed-Upon Motion to Unseal in which they agree that the following materials, as redacted, may be made publicly available:

- Motion for Evidentiary Hearing (attached to the Agreed-Upon Motion to Unseal as Exhibit 1)

- Exhibit 1 to Motion for Evidentiary Hearing (attached as Exhibit 2)

- Exhibit 2 to Motion for Evidentiary Hearing (attached as Exhibit 3)

- Memorandum in Support of Section 2255 Motion (attached as Exhibit 4)

- OPR Report of Investigation (attached as Exhibit 5)

- DLB-001532 (attached as Exhibit 6)

1

In addition, the parties agree that the following exhibits attached to the Amended Memorandum in Support of Section 2255 Motion may be unsealed in their entirety:

- Attachment 1 (ECF No. 703-1)
- Attachment 2 (ECF No. 703-2)
- Attachment 3 (ECF No. 703-3)

Having reviewed the Agreed-Upon Motion to Unseal and finding good cause, the Court GRANTS the motion and hereby orders the materials described herein to be unsealed.

Entered: September 28, 2018

_____
Omar J. Aboulhosn
United States Magistrate Judge