IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | |
|---|---|
| **DONALD L. BLANKENSHIP,** | ) |
| Movant, | ) |
| v. | ) Civil Action No. 5:18-00591 |
| | ) (Criminal Action No. 5:14-00244) |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

**O R D E R**

Pending before the Court is the United States' "Motion for Leave to Exceed Page Limitation." (Document No. 726.) Specifically, the United States requests leave to file a consolidated response to Movant's Section 2255 Motion and Motion Requesting an Evidentiary Hearing in excess of the 20-page limit imposed by LR Civ P 7.1(a)(2). In support, the United States states that an extension of the page limit is necessary to properly address the issues. (Id.) The United States states that its consolidated response will not exceed 40 pages. (Id.) The Court finds that good cause exists for permitting the United States to file a consolidated response in excess of the maximum page limit and hereby **ORDERS** that the above Motion (Document No. 726) is **GRANTED**.

The Clerk is directed to transmit a copy to counsel of record.

ENTER: November 14, 2018.

Omar J. Aboulhosn
United States Magistrate Judge