FILED: February 4, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6330
(5:14-cr-00244-1)
(5:18-cv-00591)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DONALD L. BLANKENSHIP

    Defendant - Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk